UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge  David O. Carter

From: T. Steele  , Deputy Clerk   Date Received: 7/24/17

Case No.: *8:17-cv01172-DOC (KESx)   Case Title: Blue Spike, LLC. v. Vizio, Inc.

Document Entitled: *No case number listed*  Plaintiff's Memorandum in Support of Plaintiff's Motion for Transfer of Accounts Pursuant to 28 U.S.C. § 1407

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☒ | Local Rule 11-3.1 | Document not legible |
| ☒ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☒ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☒ | Other: | Document has the wrong caption; does not list a case number; is printed double-sided; not bound. It's unclear if the filer is seeking to file this Memorandum in District Court. |

The clerk is instructed to scan page one only as an attachment to this Notice.

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐  The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____   _____
Date   U.S. District Judge / U.S. Magistrate Judge

☒  The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

7/26/17   /s/ David O. Carter
Date   U.S. District Judge / U.S. Magistrate Judge
  DAVID O. CARTER

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE   COPY 2 -JUDGE   COPY 3 -SIGNED & RETURNED TO FILER   COPY 4 -FILER RECEIPT

CV-104A (06/13)   NOTICE OF DOCUMENT DISCREPANCIES

Documents returned to filer on 7/28/17 TS

BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Blue Spike, LLC Patent Litigation | MDL-_____ |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407

### I.     INTRODUCTION

Pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Rules of the Judicial Panel on Multidistrict Litigation (the "Panel"), Plaintiff Blue Spike, LLC ("Blue Spike," or "Movant") respectfully submits this Memorandum of Law in Support of Motion for Transfer of Actions. Movant moves the Panel for an Order transferring all currently filed patent infringement cases identified in the Schedule of Actions, as well as any cases subsequently filed involving similar facts or claims ("tag along cases") to the District Court for the Eastern District of Texas, Tyler Division.

The Blue Spike Actions entail significant overlap regarding the Blue Spike patents at issue. As a result, the Blue Spike Actions present numerous common issues of fact. Further, centralization will aid in preventing duplicative discovery and inconsistent pretrial rulings as well as promote