UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Blue Spike LLC

PLAINTIFF(S)

v.

Vizio Inc

DEFENDANT(S)

CASE NUMBER

SACV17-01172 DOC (KESx)

NOTICE OF CLERICAL ERROR

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry  have/has been corrected as indicated below.

Title of scanned document: Notice of Discrepancy and Order
Filed date: 7/26/2017   Document Number(s): 12

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document
☐ Case number has been corrected. The correct case number is _____
☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____
☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.
☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____
☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 14-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____.
☐ Case title is corrected from _____ to _____
☐ Document has been re-numbered as document number _____
☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.
☐ Document is missing page number(s): _____
☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____
☒ Other: The wrong attachment was attached to docket entry #12. The correct attachment is attached to this Notice.

CLERK, U.S. DISTRICT COURT

Date: 7/28/2017   By: Lori Wagers
Deputy Clerk

G-11 (06/14)   NOTICE OF CLERICAL ERROR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  David O. Carter

From: T. Steele                        , Deputy Clerk    Date Received: 7/24/17

Case No.: *8:17-cv01172-DOC (KESx)    Case Title: Blue Spike, LLC. v. Vizio, Inc.

Document Entitled: *No case number listed* Plaintiff's Memorandum in Support of Plaintiff's Motion for Transfer of Accounts Pursuant to 28 U.S.C. § 1407

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☑ | Local Rule 11-3.1 | Document not legible |
| ☑ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☑ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ | Other: | Document has the wrong caption; does not list a case number; is printed double-sided; not bound. It's unclear if the filer is seeking to file this Memorandum in District Court. The clerk is instructed to scan page one only as an attachment to this Notice. |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date _____    U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

7/26/17                            /s/ David O. Carter
Date                               U.S. District Judge / ~~U.S. Magistrate Judge~~

                                   DAVID O. CARTER

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)                NOTICE OF DOCUMENT DISCREPANCIES

Documents returned to filer on 7/28/17 TS

**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re Blue Spike, LLC<br>Patent Litigation § § § § § § § § § § | MDL-_____ |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR
TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407**

## I.  INTRODUCTION

Pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Rules of the Judicial Panel on Multidistrict Litigation (the "Panel"), Plaintiff Blue Spike, LLC ("Blue Spike," or "Movant") respectfully submits this Memorandum of Law in Support of Motion for Transfer of Actions. Movant moves the Panel for an Order transferring all currently filed patent infringement cases identified in the Schedule of Actions, as well as any cases subsequently filed involving similar facts or claims ("tag along cases") to the District Court for the Eastern District of Texas, Tyler Division.

The Blue Spike Actions entail significant overlap regarding the Blue Spike patents at issue. As a result, the Blue Spike Actions present numerous common issues of fact. Further, centralization will aid in preventing duplicative discovery and inconsistent pretrial rulings as well as promote

1

**PRIORITY MAIL**
POSTAGE REQUIRED
Retail

US POSTAGE PAID
$16.45

PRIORITY MAIL 3-Day
C013
1004

Origin: 75701
Destination: 92701
3 Lb 8.00 Oz
Jul 21 17
4896750791-04

Expected Delivery Day: 07/24/2017

USPS TRACKING NUMBER
9505 5124 2241 7202 0885 97

UNITED STATES POSTAL SERVICE

RECEIVED
CLERK, U.S. DISTRICT COURT
SOUTHERN DIVISION

JUL 24 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**PRIORITY MAIL**

FROM:
Carteiser Honea
119 W Ferguson
Tyler, TX 75702

TO: Office of the Clerk, CASD
    Southern
    411 W Fourth, Rm 1053
    Santa Ana, CA 92701

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE
FOR DOMESTIC AND INTERNATIONAL USE
Label 228, March 2016

PRIORITY MAIL
VISIT US AT USPS.COM®
Label 106A, Jan 2015
UNITED STATES POSTAL SERVICE®




**PRIORITY MAIL**

**MAILING ENVELOPE**

EP14 July 2013
OD: 11.625 x 15.125

PS00000000013

* Domestic only.