| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| RANDALL T. GARTEISER ESQ.<br>GARTEISER HONEA-IP TRIAL ATTORNEYS<br>119 W FERUGSON STREET<br>TYLER, TX 75702<br>Telephone No: 888-908-4400 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA |
| Plaintiff: BLUE SPIKE, LLC |
| Defendant: VIZIO, INC. |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:17-CV-1172 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR PATENT INFRINGEMENT

3. a. Party served: VIZIO, INC.
   b. Person served: TRISHA ROSANO, CLIENT REP, White, Female, 35 Years Old, Brown Hair, Brown Eyes, 5 Feet 7 Inches, 170 Pounds

4. Address where the party was served: REGISTERED AGENT SOLUTIONS, INC.
   1220 S STREET
   SUITE 150
   SACRAMENTO, CA 95811

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Aug. 07, 2017 (2) at: 4:05PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: VIZIO, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. JEREMY GLAZE
   
   **2300 P Street**
   **Sacramento, CA 95816**
   **(916) 498-0808**
   **FAX (916) 498-0817**

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $50.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2011-65
      (iii) County: Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Aug. 08, 2017

   (JEREMY GLAZE)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

rtg.315457