**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 17-1172-DOC (KES)          Date: September 13, 2017

Title: BLUE SPIKE, LLC v. VIZIO, INC.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER RESETTING DATES FOR DEFENDANT'S MOTION TO DISMISS [17]**

    Defendant Vizio, Inc. ("Defendant") filed a Motion to Dismiss ("Motion") (Dkt. 17) on August 28, 2017, and noticed the hearing on the Motion for September 25, 2017. Plaintiff's opposition was due on or before September 5, 2017. *See* L.R. 7-9. Plaintiff inexplicably filed its Opposition nearly a week late, on September 11, 2017 (Dkt. 21). This is grounds enough to grant the Motion as unopposed pursuant to Local Rule 7-12.

    However, in the interest of efficiency, the Court will accept the late filing and ORDERS that the hearing on the Motion be continued until **October 10, 2017 at 8:30 a.m**. To avoid any prejudice to Defendant, the deadline for Defendant's Reply to Plaintiff's late Opposition shall be continued from September 11 to September 25, 2017. Plaintiff is admonished to follow the Local Rules and timely file all future documents in this case. In addition, the parties are advised that this Court will likely take this matter under submission, so counsel need not worry about traveling to California for a hearing.

    The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                                Initials of Deputy Clerk: djg
CIVIL-GEN