# Exhibit 4

# Grant McArthur

| | |
|---|---|
| **From:** | Randall Garteiser <rgarteiser@ghiplaw.com> |
| **Sent:** | Thursday, April 19, 2018 2:32 PM |
| **To:** | Steve Basileo |
| **Cc:** | Christopher Honea (chonea@ghiplaw.com); Kirk Anderson (kanderson@ghiplaw.com); bluespike@ghiplaw.com; Adrian Pruetz; Rex Hwang; Thomas Burke; Dan Liu; Guy Rodgers |
| **Subject:** | Re: Blue Spike LLC v. VIZIO Inc., Case No. 8:17-cv-1172-DOC-KES |

are you going to be able to discuss the lack of production of source code for the accused products?



**Randall Garteiser** / Partner
888.908.4400 x100 / rgarteiser@ghiplaw.com
119 W Ferguson, Tyler, TX 75702
795 Folsom St, Floor 1, San Francisco, CA  94107-4226
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.



> On Apr 19, 2018, at 4:14 PM, Steve Basileo <sbasileo@glaserweil.com> wrote:
>
> Randall:
>
> The record will reflect that we have been requesting a meet and confer with you regarding Blue Spike's discovery responses for at least **six** weeks.  And we have proposed multiple meet and confer times that you have simply ignored, including two different times last week.
>
> In any event, we are available to meet and confer tomorrow, April 19, at 5 pm central time.  Please confirm that you will be available at that time, and will be prepared to discuss the numerous issues we have raised in our various meet and confer letters regarding Blue Spikes deficiencies.
>
> Best regards,
> Steve

**From:** Randall Garteiser [mailto:rgarteiser@ghiplaw.com]
**Sent:** Wednesday, April 18, 2018 2:07 PM
**To:** Guy Rodgers <grodgers@glaserweil.com>
**Cc:** Christopher Honea (chonea@ghiplaw.com) <chonea@ghiplaw.com>; Kirk Anderson (kanderson@ghiplaw.com) <kanderson@ghiplaw.com>; bluespike@ghiplaw.com; Adrian Pruetz <apruetz@glaserweil.com>; Rex Hwang <rhwang@glaserweil.com>; Thomas Burke <tburke@glaserweil.com>; Steve Basileo <sbasileo@glaserweil.com>; Dan Liu <dliu@glaserweil.com>
**Subject:** Re: Blue Spike LLC v. VIZIO Inc., Case No. 8:17-cv-1172-DOC-KES

We've attempted to meet and confer with Vizio for about 3 weeks now about production of its source code for inspection.  We have not received a reason why VIzio is not going to provide.  Please let us know a date and time this week between April 19 and April 23 from 2 pm to 6 pm Central time to meet and confer pursuant to L.R. 37-1.  We note that given the multiple documented times Blue Spike has attempted to meet and confer, Vizio's continued refusal to meet and confer will be noted to the Court as we move to compel as Vizio continues its discovery abuses now into C.D. Cal. that it is already been found guilty of doing by Chief Judge Stark in the District of Delaware.

Time is of the essence.  If 2-6 pm Central on those days does not work, please provide an alternative date.

We note again the Vizio continues to not provide a reason for its denial of financial information related to the accused products and its source code.  Given Vizio's documented history of discovery abuse, we are left with the assumption that it is strategic in this case with a short discovery window.

Similarly, we have not received revised potential dates of Vizio's deposition.  This is yet another communication to have Vizio provide one or two potential dates so the parties can amend the deposition notice.  We area agreeable to taking the depositions in Vizio, and request that they be done on a one week with marketing one day, accused functionality another day, financial information a different day and any factual witnesses to defend allegations on willfulness a separate day.


Vizio laboring the Chief Judge of Delaware with a discovery order, when that is the busiest docket in the country right now post TC Heartland sends a strong message that Blue Spike is not left with any choice but to seek the assistance of the Court as it has thought it would have to do from the beginning.

Please be advised that the letter you served today (below) is now attempting to attack the detail provided on Blue Spike's infringement contentions.  It's been over 2 months since Blue Spike served Vizio with detailed claim charts to Vizio.  So this latest communication seems to be another transparent pre-text to attempt to delay production of source code for the accused products.  We want all the source code for the latest version and if you don't provide that we will move to compel.  Then, we will supplement our infringement contentions or drop claims as we've explained to you about a year ago.  However, trying to abuse Blue Spike's attempts to avoid Court involvement while trying to run the clock on discovery is not a courtesy that should be done or even attempted to fellow members of the bar and officers of the Court.

Time is of the essence.

ORAL ORDER: Having reviewed Plaintiff Wi-LAN, Defendant Vizio, and third party Hulu's respective letters relating to discovery disputes (D.I. 196, 200, 201, 202), IT IS HEREBY ORDERED that Plaintiff's request that the Court compel Vizio to provide complete responses to all of the interrogatories that Plaintiff has previously served as well as additional interrogatories that Plaintiff may subsequently serve (nos. 9-15) is GRANTED. Plaintiff has the right to obtain the factual basis for each of Vizio's affirmative defenses beyond the bare assertions of them in Vizio's responsive pleading. Interrogatories are necessary to advance the orderly pretrial development of the case and prohibiting Plaintiff from benefiting from this discovery mechanism would be unfairly prejudicial to Plaintiff and disrupt the Court's management of the case (in which discovery remains open). These conclusions are equally warranted regardless of whether Interrogatory No. 1 is viewed as a single interrogatory or multiple interrogatories. The teleconference this afternoon will consider only the remaining dispute - whether Vizio must produce an unredacted version of an agreement. Hulu is invited to participate in the call. ORDERED by Judge Leonard P. Stark on 4/13/18. (ntl) (Entered: 04/13/2018)



**Randall Garteiser** / Partner

888.908.4400 x100 / rgarteiser@ghiplaw.com
119 W Ferguson, Tyler, TX 75702
795 Folsom St, Floor 1, San Francisco, CA  94107-4226
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.



On Apr 18, 2018, at 1:14 AM, Guy Rodgers <grodgers@glaserweil.com> wrote:

Counsel,

Please see the attached correspondence.

Thank you,
Guy

<image005.jpg>

**Guy M. Rodgers** | Attorney
10250 Constellation Blvd.,  19th Floor,  Los Angeles, CA  90067
Main: 310.553.3000 | Direct: 310.282.6208| Fax: 310.785.3508
Email:  grodgers@glaserweil.com  |  www.glaserweil.com  |  bio

<image003.png>

<image004.jpg>

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

<2018-04-17 Letter to R Garteiser re Blue Spike Rog Responses.pdf>