RANDALL T. GARTEISER – SBN 231821
rgarteiser@ghiplaw.com
CHRISTOPHER A. HONEA – SBN 232473
chonea@ghiplaw.com
GARTEISER HONEA, P.C.
119 W. Ferguson St.
Tyler, Texas 75702
Tel/Fax: (888) 908-4400

*Attorneys for Plaintiff Blue Spike, LLC*

ADRIAN M. PRUETZ – State Bar No. 118215
apruetz@glaserweil.com
REX HWANG – State Bar No. 221079
rhwang@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorneys for Defendant VIZIO, Inc.*
   [Additional counsel on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Blue Spike, LLC, | CASE NO.: 8:17-cv-1172-DOC-KES |
| Plaintiff, | Hon. David O. Carter |
| v. | **APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| VIZIO, Inc., | |
| Defendant. | [Filed concurrently with: Joint Stipulation Pursuant to L.R. 37-2 Regarding Defendant's Refusal to Produce Documents for Inspection] |

1489671

Pursuant to Local Rule 79-5.2.2, Plaintiff Blue Spike LLC ("Blue Spike") and Defendant VIZIO, Inc., ("VIZIO") jointly file this Application for Leave to File Under Seal. Included is a declaration by VIZIO (*see* Declaration of Rex Hwang In Support of Application For Leave To File Under Seal) ("Hwang Declaration") establishing its good cause, or compelling reasons, why the presumption of public access in this case should be overcome. A proposed order, narrowly tailored to seal only the sealable material, and listing each document (or portion thereof) in table form is also included. Both redacted and unredacted versions of the documents proposed to be filed under seal are also included pursuant to the Local Rule.

VIZIO requests that the following documents be filed under seal.

| **DOCUMENTS TO BE SEALED.** |
|---|
| 1. DECLARATION OF ERIC LOES, at 1, ¶3 (relating to VIZIO manufacturing). |
| 2. JOINT STIPULATION PURSUANT TO L.R. 37-2, at 29 and fn. 12 (relating to confidential information from and about third party suppliers). |
| 3. DECLARATION OF STEVEN P. BASILEO IN SUPPORT OF VIZIO INC.'S OPPOSITION TO BLUE SPIKE'S MOTION TO COMPEL, at Exh K (relating to confidential information from and about third party suppliers). |

Information contained in the above documents has been designated as confidential by VIZIO pursuant to the protective order in this matter, as these documents contain highly sensitive information from and about VIZIO's suppliers. Hwang Declaration at ¶ 3.

Specifically, the Joint Stipulation (pg. 29 at fn. 12) and Ex. K to the Basileo Declaration in Support Of VIZIO's Portion of the Joint Stipulation (pg. 25, fn. 12) include third party confidential information whose disclosure to the public would potentially harm this third party. Hwang Declaration at ¶ 3, 4 (attesting to

1

1489671

confidentiality, and harm from public disclosure). To avoid this harm, these documents must be filed under seal.

In addition, the Loes Declaration (at ¶3), the Joint Stipulation (at pg. 29), and Exh. K to the Basileo Declaration (at pgs. 24-25) contain VIZIO confidential information regarding its supply chain, the disclosure of which would harm VIZIO. Hwang Declaration at ¶ 3, 5 (attesting to confidentiality, and harm from public disclosure). To avoid this harm, these documents must be filed under seal.

For these reasons, the parties request that the Court grant the instant Application.

2

1489671

1  JOINT SUBMISSION BY BLUE SPIKE, LLC AND VIZIO, INC.

| PLAINTIFF BLUE SPIKE, LLC | DEFENDANT VIZIO, INC. |
|---|---|
| /s/ Randall T. Garteiser<br>RANDALL T. GARTEISER<br>    California Bar No. 231821<br>    rgarteiser@ghiplaw.com<br>CHRISTOPHER A. HONEA<br>    California Bar No. 232473<br>    chonea@ghiplaw.com<br><br>**GARTEISER HONEA LLP**<br><br>888.908.4400 (phone / fax)<br><br>Primary Address to be Served:<br>119 W Ferguson,<br>Tyler, TX 75702<br><br>Secondary Address:<br>795 Folsom St, Floor 1,<br>San Francisco, CA  94107-4226.<br><br>*Attorneys for Plaintiff Blue Spike, LLC* | /s/ Rex Hwang<br>ADRIAN PRUETZ<br>    State Bar No. 118215<br>    apruetz@glaserweil.com<br>REX HWANG<br>    State Bar No. 221079<br>    rhwang@glaserweil.com<br>STEVEN P. BASILEO<br>    State Bar No. 157780<br>    sbasileo@glaserweil.com<br>DESMOND JUI<br>    State Bar No. 262200<br>    djui@glaserweil.com<br>GUY M. RODGERS<br>    State Bar No. 303229<br>    grodgers@glaserweil.com<br><br>**GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP**<br><br>10250 Constellation Blvd, 19th Fl.<br>Los Angeles, California 90067<br>Telephone:  (310) 553-3000<br>Facsimile:   (310) 556-2920<br><br><br>*Attorneys for Defendant VIZIO, Inc.* |

1489671