ADRIAN M. PRUETZ – State Bar No. 118215
apruetz@glaserweil.com
REX HWANG – State Bar No. 221079
rhwang@glaserweil.com
STEVEN P. BASILEO – State Bar No. 157780
sbasileo@glaserweil.com
DESMOND JUI – State Bar No. 262200
djui@glaserweil.com
GUY RODGERS – State Bar No. 303229
grodgers@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Defendant VIZIO, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| Blue Spike, LLC,<br><br>                   Plaintiff,<br><br>v.<br><br>VIZIO, Inc.,<br><br>                   Defendant. | CASE NO.: 8:17-cv-1172-DOC-KES<br><br>Hon. David O. Carter<br><br>**DECLARATION OF ERIC LOES IN SUPPORT OF VIZIO, INC.'S OPPOSITION TO BLUE SPIKE'S MOTION TO COMPEL**<br><br>DATE:              May 22, 2018<br>TIME:              10:00 a.m.<br>COURTROOM:   6D<br><br>**[PUBLIC REDACTED VERSION]** |
|---|---|

# DECLARATION OF ERIC LOES

I, ERIC LOES, declare and state as follows:

1. I am Senior Director of Software Engineering at VIZIO, Inc. ("VIZIO"). The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. I understand that Blue Spike, the plaintiff in this case, is alleging that VIZIO infringes some of Blue Spike's patents by the use of Microsoft PlayReady streaming media technology in certain VIZIO TVs and home theater displays.

3. VIZIO does not manufacture the TVs or home theater displays that it sells. █████████████████████████████████████████████████████████████████████████████████████████████████

4. I understand that Blue Spike is seeking to inspect source code relating to Microsoft PlayReady functionality in VIZIO's TVs and home theater displays. VIZIO does not have any such source code in its possession.

5. I also understand that Blue Spike is alleging that VIZIO infringes other Blue Spike patents by the use of memory shuffling for data production in VIZIO's Android-based remote control tablets that shipped with certain models of its TVs and home theater displays.

6. VIZIO does not manufacture these Android-based remote control tablets. Those tablets were manufactured by a third party manufacturer, Borqs Technologies, Inc.

7. I understand that Blue Spike is seeking to inspect source code relating to data protection through memory shuffling on VIZIO's Android-based remote control tablets. VIZIO does not have any such source code in its possession.

//
//

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing facts are true and correct.

Executed on May 4, 2018 in Seattle, WA.

_____
Eric Loes