# EXHIBIT 9
## (Part 2 of 3)
### PUBLIC

| CLAIM 1 | Vizio Smart Television |
|---|---|

Finally, Silverlight 4 introduces the concept of domains, which enables content or service providers to provide consumers with the ability to view restricted content on multiple computers while maintaining control over their assets. For example, an online movie rental provider wants to enable consumers to view content on up to three devices of the consumers' choice. After consumers reach that limit, they can remove one or more devices from their PlayReady domain in order to add a new one.

The following diagram illustrates this scenario.



**Figure 3.** *How Silverlight 4 works with PlayReady domains*

*See* Exhibit 5, p. 9; "Content_Protection_in_Silverlight_v1_FINAL" (April 2010), available at https://download.microsoft.com/download/2/E/F/2EF96D4D-B5E7-489F-8D6C-C89ED5660658/Content_Protection_in_Silverlight_v1_FINAL.pdf, (July 31, 2018).

254

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 255

| CLAIM 1 | Vizio Smart Television |
|---|---|
| | **Security requirements, control mechanisms, and distributed architecture**<br><br>Netflix concerns, from a security point of view, are:<br><br>• That only users with the correct (*unlimited*) plan can access content<br>• That users don't share their account information with others<br>• That the video is only accessible from within the US, due to licensing restrictions<br>• That the video content cannot be redistributed and played at a later time<br><br>Those restrictions are enforced by a set of coordinated mechanisms:<br><br>• By requesting user authentication before playing the video,<br>• By allowing a maximum of six playback devices (browsers, Roku, etc.) per account,<br>• By rejecting requests that come from IP addresses outside of the US range,<br>• By encrypting the video content, and<br>• By providing unique decryption keys per movie and device<br><br>*See* Exhibit 6, p. 4, "Microsoft Word - Pomelo Tech Report – Netflix" (March – April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf (emphasis added) , (July 31, 2018). |

255

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 256

| CLAIM 1 | VIZIO Smart Television |
|---|---|
| | 1. Set a content key, key authorization policy and content delivery policy on the asset you want encrypted. One of the options we provide for key authorization is token authentication, when used the client requesting the license must first supply a valid token in order to be issued the license. If you configured token authentication, token is sent through Custom Data API, which is available on all PlayReady SDKs.<br><br>2. PlayReady license template is configured as part of the content key authorization policy. You could restrict media usage in the template, such as content could only be viewed in the next 48 hours and etc.<br><br>3. Dynamic encryption can be chained with our existing dynamic packaging capabilities so that from a single set of MP4s you can produce multiple combinations of formats and encryption types. For instance you could produce PlayReady encrypted HLS and PlayReady encrypted DASH.<br><br>4. In Addition, similar to dynamic encryption for VOD, you could mix and match streaming protocol and encryption methods. For instance you could produce AES encrypted HLS stream and PlayReady encrypted DASH stream.<br><br><br><br>*See* Exhibit 9, p. 1-2, "Announcing Azure Media Services Live Streaming With PlayReady encryption capability _ Blog _ Microsoft Azure" (December 22, 2014), available at https://azure.microsoft.com/en-us/blog/announcing-azure-media-services-live-streaming-with-playready-encryption-capability/, (July 31, 2018). |

256

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 257

| CLAIM 1 | VIZIO Smart Television |
|---------|------------------------|
| | Firstly of all, similar to dynamic packaging, you bring in multi-bitrate Mp4 or Smooth Streaming video file. If you want for Media Services to encrypt an asset, you need to associate an encryption key with an asset and also configure authorization policies for the key. After that, Media Services origin server will dynamically encrypt HLS or Smooth Streaming stream with AES encryption algorithm. When a stream is requested by a "player", Media Services uses the specified key to dynamically encrypt your content using AES encryption. To decrypt the stream, the "player" will request the key from the key delivery service. To decide whether or not the user is authorized to get the key, the service evaluates the authorization policies that you specified for the key. We provides three options: Token-based authentication, IP-based authentication and open. If you choose Token-based authentication, usually you will integrate the token issue progress into your own authentication system. Therefore, only authorized player could obtain a valid token from your Authentication system, and our key service will validate the token and issue AES key for the player to decrypt the stream.<br><br>*See* Exhibit 7, p. 2,  "Announcing PlayReady as a service and AES dynamic encryption with Azure Media Services - Mingfei Yan"(2014), available at http://mingfeiy.com/playready, (July 31, 2018). |

257

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 258

| CLAIM 1 | Vizio Smart Television |
|---------|------------------------|



*See* Exhibit 6, p. 4, "Microsoft Word - Pomelo Tech Report – Netflix" (March - April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf, (July 31, 2018).

*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.*

258

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 259

| CLAIM 1 | Vizio Smart Television |
|---|---|
| wherein said LCS is configured to determine, at least in part from rights associated with a user identification associated with a prompt received by said LCS for said first content, a quality level at which to transmit said first content, wherein said quality level is one of at least unsecure, secure, and legacy; and | VIZIO makes, uses, sells and/or offers for sale an LCS wherein said LCS is configured to determine, at least in part from rights associated with a user identification associated with a prompt received by said LCS for said first content, a quality level at which to transmit said first content, wherein said quality level is one of at least unsecure, secure, and legacy. <br><br> For example, the quality level at which the first content is to be transmitted is determined by the rights associated with the user identification. For example, the steaming service (such as Netflix) uses Microsoft's PlayReady HDCP Restriction policy included in the license response from the PlayReady Server to play High Definition (HD) video content on the user's device. The HD content is played on the user's device only if the user is an authorized user and/or user has the subscription to play HD content, otherwise SD content ("legacy") is delivered to the user. |

259

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 260

| CLAIM 1 | VIZIO Smart Television |
|---------|------------------------|
| | PlayReady devices and applications can decrypt legacy WMDRM protected content without requiring any modification to the original encrypted content files, however the licenses will be delivered using the PlayReady Server SDK.

Both the PlayReady PC SDK and the Device Porting Kit allow the application, if desired, to change the license header of existing content files into the PlayReady format, thus allowing an invisible conversion to the new ecosystem with all of its advantages, i.e., domains and embedded licenses, even on "legacy" content.

From version 2, Silverlight can play and decrypt the same Windows Media DRM-encrypted content that is played in Windows Media Player, but a PlayReady license server (running the PlayReady Server SDK) must be deployed to provide licenses to Silverlight clients. Therefore the migration requires deployment of a PlayReady License Server.

*See* Exhibit 13, p. 6, "Frequently Asked Questions (FAQ)", available at
https://www.microsoft.com/playready/licensing/faq/, (July 31, 2018).

• Device filtering
• Post Authentication API (an EZDRM Exclusive)
• Hardware level TEE support
• WMDRM playback support
  • Extend the reach of your Windows Media DRM protected content into the PlayReady-based experience. By using a combination of PlayReady DRM and WMDRM, you can ensure that a maximum number of end users can view your legacy content.
• End to End Content Protection
• Performance optimization

*See* Exhibit 15, p. 2,  "EZDRM_ PlayReady DRM", available at http://www.ezdrm.com/html/microsoft-playready-drm.asp, (July 31, 2018). |

260

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 261

| CLAIM 1 | VIZIO Smart Television |
|---|---|
| | PlayReady Clients can acquire licenses proactively or reactively. See the <u>License Acquisition</u> page for a description of these two modes. |

**Encrypting the asset with two keys, dedicating one to the highest quality**

There have been some enhancements in the past years to use multiple keys per asset, mostly driven by the requirement to allow only certain highest-robustness clients to consume the highest quality content. With the arrival of Ultra HD (4K) content, and with the addition of high dynamic range (HDR) for higher color content, there was a need by studios and services to allow the highest quality only on certain clients, which typically have hardware DRM built in. In this scenario, the asset is encrypted using one content key {kid1, ck1} for all the tracks, except for the 4K track that is encrypted using a different content key {kid2, ck2}. That is:

- A client that is allowed to play only up to Full HD (not the 4K track) will be delivered a PlayReady license including only {kid1, ck1}.
- A client that is allowed to play up to 4K will be delivered a PlayReady license including {kid1, ck1} and {kid2, ck2}.

Using this additional complexity, the service can ensure that some clients will not be able to decrypt the 4K track, and that 4K track can be reserved to only the clients that the service most trusts.

*See* Exhibit 38, p. 5, ("Content Encryption and Delivery ") available at https://docs.microsoft.com/en-us/playready/overview/content-encryption-and-delivery#using-encryption-tools, (July 31, 2018).

261

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 262

| CLAIM 1 | VIZIO Smart Television |
|---|---|
| |  *See* Exhibit 38, p. 5, ("Content Encryption and Delivery ") available at https://docs.microsoft.com/en-us/playready/overview/content-encryption-and-delivery#using-encryption-tools, (July 31, 2018). *Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

262

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 263

| CLAIM 1 | Vizio Smart Television |
|---|---|
| wherein a quality level of legacy means that said first content does not include said watermark. | VIZIO makes, uses, sells and/or offers for sale an LCS wherein wherein a quality level of legacy means that said first content does not include said watermark.<br><br>For example, the digital video content is delivered in HD/SD quality level. The HD content is delivered to the authorized users only otherwise SD ("legacy") content is delivered on the user's device.<br><br>Further, the SD content does not include the Content Key ("watermark") associated with HD content. |

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 264

| CLAIM 1 | Vizio Smart Television |
|---|---|
| |  |

*See* Exhibit 6, p. 7-8, "Microsoft Word - Pomelo Tech Report – Netflix" (March - April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf, (July 31, 2018).

264

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 265

| CLAIM 1 | VIZIO Smart Television |
|---|---|
| | PlayReady Clients can acquire licenses proactively or reactively. See the License Acquisition page for a description of these two modes.<br><br>**Encrypting the asset with two keys, dedicating one to the highest quality**<br><br>There have been some enhancements in the past years to use multiple keys per asset, mostly driven by the requirement to allow only certain highest-robustness clients to consume the highest quality content. With the arrival of Ultra HD (4K) content, and with the addition of high dynamic range (HDR) for higher color content, there was a need by studios and services to allow the highest quality only on certain clients, which typically have hardware DRM built in. In this scenario, the asset is encrypted using one content key {kid1, ck1} for all the tracks, except for the 4K track that is encrypted using a different content key {kid2, ck2}. That is:<br><br>• A client that is allowed to play only up to Full HD (not the 4K track) will be delivered a PlayReady license including only {kid1, ck1}.<br>• A client that is allowed to play up to 4K will be delivered a PlayReady license including {kid1, ck1} and {kid2, ck2}.<br><br>Using this additional complexity, the service can ensure that some clients will not be able to decrypt the 4K track, and that 4K track can be reserved to only the clients that the service most trusts.<br><br>*See* Exhibit 38, p. 5, ("Content Encryption and Delivery ") available at https://docs.microsoft.com/en-us/playready/overview/content-encryption-and-delivery#using-encryption-tools, (July 31, 2018). |

265

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 266

| CLAIM 1 | VIZIO Smart Television |
|---------|------------------------|



*See* Exhibit 38, p. 5, ("Content Encryption and Delivery ") available at https://docs.microsoft.com/en-us/playready/overview/content-encryption-and-delivery#using-encryption-tools, (July 31, 2018).

266

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 267

| CLAIM 1 | Vizio Smart Television |
|---|---|
| | 
### 4.2 Delivering licenses for WMDRM content
A PlayReady license server can provide licenses to content encrypted using WMDRM 10 technology. To enable a base of WMDRM content to be experienced on a PlayReady client, such as a Silverlight DRM, Powered by PlayReady client, the use of a PlayReady license server is needed to deliver licenses for the content. The diagram below illustrates the new ecosystem.

This ecosystem now contains both a Windows Media Rights Management Server (WMRMS) to support legacy WMDRM clients and a PlayReady license server to support the new Silverlight DRM, Powered by PlayReady clients. It is important to note that the WMRMS and the PlayReady license server can reside on the same physical machine, eliminating the need for hardware upgrades.

**Note:** Though a PlayReady license server can serve licenses for WMDRM-protected content to PlayReady clients, PlayReady license servers cannot provide licenses to WMDRM client applications. WMDRM clients cannot decrypt PlayReady encrypted content.

*See* Exhibit 20, p. 5, "docslide.net_using-silverlight-with-windows-media-drm-whitepaper-final" (November 2008), available at https://goo.gl/pbQ7Z2, (July 31, 2018). |

267

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 268

| CLAIM 1 | Vizio Smart Television |
|---|---|

### Backward Compatibility with Windows Media DRM

PlayReady license services and some of clients support backward compatibility with content that is protected by Windows Media® DRM (WMDRM) technology. However, there are some constraints:

- License acquisition – A PlayReady license service can issue a license for WMDRM content only if a PlayReady client requests the license by using the PlayReady message protocol. PlayReady license services cannot issue a license to a WMDRM client (such as Windows Media Player) by using the legacy WMDRM message protocol.

- Clients – Although PlayReady clients offer full support for WMDRM content, WRDRM clients cannot decrypt and use content that is protected by PlayReady.

If those constraints are addressed, PlayReady license services and clients can issue and acquire licenses for WMDRM and PlayReady content concurrently. This means that a content provider can deploy and migrate to PlayReady in manageable stages. Silverlight and PlayReady Client SDK for Windows Store app can support this backward compatibility.

*See* Exhibit 18, p. 20, "Developing Microsoft PlayReady Clients" (April 2015), available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf, (July 31, 2018).

*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.*

268

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 269

| CLAIM 2 | Vizio Smart Television |
|---|---|
| The LCS of claim 1, wherein said LCS comprises a watermark extractor for extracting a watermark from said data sets. | VIZIO makes, uses, sells and/or offers for sale The LCS of claim 1, wherein said LCS comprises a watermark extractor for extracting a watermark from said data sets.<br><br>For example, an URL included in the PlayReady header is extracted to acquire the license from a License Server and/or a Content Key corresponding to KID. The Content Key is used to decrypt the content data set received from PlayReady Server. |

269

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 270

| CLAIM 2 | VIZIO Smart Television |
|---|---|
|  | Firstly of all, similar to dynamic packaging, you bring in multi-bitrate Mp4 or Smooth Streaming video file. If you want for Media Services to encrypt an asset, you need to associate an encryption key with an asset and also configure authorization policies for the key, After that, Media Services origin server will dynamically encrypt HLS or Smooth Streaming stream with AES encryption algorithm. When a stream is requested by a "player", Media Services uses the specified key to dynamically encrypt your content using AES encryption. To decrypt the stream, the "player" will request the key from the key delivery service. To decide whether or not the user is authorized to get the key, the service evaluates the authorization policies that you specified for the key. We provides three options: Token-based authentication, IP-based authentication and open. If you choose Token-based authentication, usually you will integrate the token issue progress into your own authentication system. Therefore, only authorized player could obtain a valid token from your Authentication system, and our key service will validate the token and issue AES key for the player to decrypt the stream. |

*See* Exhibit 7, p. 2, "Announcing PlayReady as a service and AES dynamic encryption with Azure Media Services - Mingfei Yan" (2014), available at http://mingfeiy.com/playready, (July 31, 2018).



Figure 1 - Content Consumption Model

*See* Exhibit 8, p. 4, "Microsoft PlayReady Content Protection WhitePaper" (April, 2015), available at http://download.microsoft.com/download/8/3/C/83C936E9-0EF5-4528-885E-DCDD3172811A/MicrosoftPlayReadyContentProtectionWhitePaper_March2015.pdf, (July 31, 2018).

270

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 271

| CLAIM 2 | VIZIO Smart Television |
|---------|------------------------|
| | Figure 1 offers a typical example of how PlayReady secures and manages content consumption:<br><br>1. Before content can be distributed for playback, it must first go through an encryption step to protect the content.<br>2. An encoder encrypts the content using an encryption key that is also made available to the license server.<br>3. After the content is encrypted, it is staged for delivery to playback clients (typically via a content distribution network).<br>4. PlayReady clients discover content within the application developed for the service.<br>5. To decrypt content, a PlayReady client sends a license request to a PlayReady license server.<br>6. The PlayReady license server authenticates the client and issues a license back to the client.<br>7. As the client uses the license key to unencrypt the content, it plays back the content according to the policies specified in the license. Some of the common policies utilized are time based restrictions and output protections (for example, restricting playback to a secure HDMI port to safeguard against copying).<br><br>*See* Exhibit 8, p. 4, ("PlayReady content protection") available at http://download.microsoft.com/download/8/3/C/83C936E9-0EF5-4528-885E-DCDD3172811A/MicrosoftPlayReadyContentProtectionWhitePaper_March2015.pdf, (July 31, 2018). |

271

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 272

| CLAIM 2 | VIZIO Smart Television |
|---|---|
| | 

*See* Exhibit 14, p. 1-2, "Configure content key authorization policy using Media Services" (August 09, 2017), available at https://docs.microsoft.com/en-us/azure/media-services/media-services-dotnet-configure-content-key-auth-policy, (July 31, 2018).



*See* Exhibit 6, p. 11, "Microsoft Word - Pomelo Tech Report – Netflix" (March - April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf, (July 31, 2018). |

272

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 273

| CLAIM 2 | VIZIO Smart Television |
|---|---|
|  | 13. The PlayReady DRM component tries to get a license from the Netflix License server. It sends a message requesting a license for the corresponding movie, and requesting that the response be encrypted using a public key that the component generates.<br><br>POST https://agmoviecontrol.netflix.com/nccp/controller<br>HEADER: X-CTicket=AQAAAA...<br>POST-DATA: 'license', with stream ID<br><br>14. The server finds the license for the requested element, encrypts it using the specified key, and sends it back.<br><br>15. The PlayReady DRM component now decrypts the license using its private key, and uses that license to decrypt the streaming file<br><br>*See* Exhibit 6, p.14,  "Microsoft Word - Pomelo Tech Report – Netflix" ( March - April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf, (July 31, 2018).<br><br>*Step 2: The client reads the clear header of encrypted content and determines that the content is encrypted. To decrypt the content, the client must receive a key from a license server located by a license acquisition URL (LAURL). The client attempts to get a license by sending a license challenge to the LAURL.*<br><br>*If this is the first time the user has attempted to access protected content on this machine, individualization must occur before requesting a license. Individualization is the process of acquiring the individualization component, a software component embedded into the Silverlight plug-in, to handle requesting licenses and protecting sensitive data used in the decryption process. To individualize, the client will send a request to the Microsoft Individualization Service and is returned the individualization component. [At that point, the player can proceed to the next step and request the license from the license server]*<br><br>*Step 3: The license server receives a request for a license from the PlayReady client, performs the necessary authentication checks to verify identity, executes business logic to ensure that the user is authorized to consume the requested content, and issues a license to the client with the appropriate usage rights and restrictions.*<br><br>*See* Exhibit 6, p.12, "Microsoft Word - Pomelo Tech Report – Netflix" (March - April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf, (July 31, 2018).<br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

273

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 274

| CLAIM 3 | Vizio Smart Television |
|---|---|
| The LCS of claim 1 further comprising an interface configured to enable the LCS to communicate with a Satellite Unit (SU). | VIZIO makes, uses, sells and/or offers for sale The LCS of claim 1 further comprising an interface configured to enable the LCS to communicate with a Satellite Unit (SU). <br><br> For example, a VIZIO Smart Television ("Satellite Unit (SU)") is connected to a Distribuition Server to deliver the digital video content. The watermarked content data set, i.e. movie or other content is transmitted to the requesting customer/subscriber using an electronic network between the LCS and the SU. |

274

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 275

| CLAIM 3 | Vizio Smart Television |
|---|---|

PlayReady Servers include:

- Content Packaging Server: Takes unprotected content and packages it for distribution. When the content is packaged, the protected content is copied to a Distribution Server and the license information is transferred to a License Server.
- License Server: Stores the content protection information and rights for using the content. Before a client can play back protected content they must acquire a license, typically from a license server (or the license may already be embedded in the content file).
- Domain Controller: Implements the rules that define a domain such as the identity of a single user or family. The Domain Controller also enforces the policy defining how many devices or PCs may join the domain.
- Metering Servers: With metering, the device maintains a count of how many times a file is played. When the portable device connects to a computer or the Internet, the count is uploaded to the content provider. Metering does not alter or affect any behavior on the user's system and does not identify the user. Metering allows the content provider to accurately assess royalties. Because metering can be more cost-effective, service providers can provide much larger music catalogs for customers to download.

In order to distribute content to the network or the end users, licensees are requested to have distribution servers, which are NOT part of the PlayReady technology. Distribution servers are used to store and distribute content. They are usually Web servers but Microsoft PlayReady technology does not require a specialized Web server for content storage and distribution.



*See* Exhibit 13, p. 2-4, "Frequently Asked Questions (FAQ)", available at https://www.microsoft.com/playready/licensing/faq/, (July 31, 2018).

275

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 276

| CLAIM 3 | Vizio Smart Television |
|---|---|
| | **PlayReady Servers** |

**PlayReady Servers**

PlayReady Servers prepare content for distribution, store and distribute content, manage licenses and domains, and meter content usage. PlayReady servers can be on-premises or located in the cloud.

The packaging server takes in unprotected content and packages it for distribution via encryption. After the content is packaged, it is copied to a distribution server, and the license information is transferred to a license server.

The distribution server stores and distributes content. Distribution servers are usually web servers — PlayReady does not require a specialized server for content storage and distribution.

*See* Exhibit 8, p. 9, "Microsoft PlayReady Content Protection White Paper" (April 2015), available at http://download.microsoft.com/download/8/3/C/83C936E9-0EF5-4528-885E-DCDD3172811A/MicrosoftPlayReadyContentProtectionWhitePaper_March2015.pdf.



*See* Exhibit 6, p. 13, "Microsoft Word - Pomelo Tech Report – Netflix" (March - April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf, (July 31, 2018).

276

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 277

| CLAIM 3 | Vizio Smart Television |
|---|---|



Figure 1 - Content Consumption Model

Figure 1 offers a typical example of how PlayReady secures and manages content consumption:

1. Before content can be distributed for playback, it must first go through an encryption step to protect the content.
2. An encoder encrypts the content using an encryption key that is also made available to the license server.
3. After the content is encrypted, it is staged for delivery to playback clients (typically via a content distribution network).
4. PlayReady clients discover content within the application developed for the service.
5. To decrypt content, a PlayReady client sends a license request to a PlayReady license server.

*See* Exhibit 8, p. 4, "Microsoft PlayReady Content Protection White Paper" (April 2015), available at http://download.microsoft.com/download/8/3/C/83C936E9-0EF5-4528-885E-DCDD3172811A/MicrosoftPlayReadyContentProtectionWhitePaper_March2015.pdf, (July 31, 2018).

277

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 278

| CLAIM 3 | Vizio Smart Television |
|---|---|
| | *The following steps must be taken for a Silverlight application to acquire and consume protected content, whether the content is protected using WMDRM or PlayReady.*<br><br>*Step 1: The Silverlight client application makes a request to the distribution server for a piece of content. [...] The distribution server receives the request and sends the content, encrypted, to the client.*<br><br>*Step 2: The client reads the clear header of encrypted content and determines that the content is encrypted. To decrypt the content, the client must receive a key from a license server located by a license acquisition URL (LAURL). The client attempts to get a license by sending a license challenge to the LAURL.*<br><br>*See* Exhibit 6, p. 12, "Microsoft Word - Pomelo Tech Report – Netflix" (March - April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf, (July 31, 2018).<br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

278

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 279

| CLAIM 4 | Vizio Smart Television |
|---|---|
| The LCS of claim 3 configured to:<br>(1) determine if said SU is an authorized device for communicating with the LCS; | VIZIO makes, uses, sells and/or offers for sale a The LCS of claim 3 configured to: (1) determine if said SU is an authorized device for communicating with the LCS.<br><br>Further, the license request is sent to a License Server using License Server URL included in the PlayReady header. The request also includes a unique device public key ("identity of the SU"). The device public key is sent to the PlayReady Server over the internet for PlayReady device verification. If the device is verified, license server encrypts the content key for the media file and sends the resulting license. To decide whether or not the use is authorized, the authorization policies specified for the key are evaluated. Once authorized, the SU data set is stored in the LCS. |

279

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 280

| CLAIM 4 | Vizio Smart Television |
|---------|------------------------|
| | 

*See* Exhibit 18, p. 12, ("Microsoft PlayReady client authentication") available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf, (July 31, 2018). |

280

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 281

| CLAIM 4 | Vizio Smart Television |
|---|---|
| | ## The PlayReady Product Suite<br><br>To enable end-to-end content protection across the media ecosystem, the PlayReady product suite includes both client and server technologies. It also includes software development kits (SDKs) and a device porting kit for implementing those technologies on various platforms.<br><br>The following diagram identifies the primary components of the PlayReady product suite.<br><br><br><br>Figure 2 – The PlayReady Product Suite<br><br>*See* Exhibit 18, p. 3, ("Microsoft PlayReady client authentication") available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf , (July 31, 2018) |

281

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 282

| CLAIM 4 | Vizio Smart Television |
|---------|------------------------|
|         | Microsoft PlayReady<br>*Developing PlayReady Clients*<br><br>**Device Activation and Revocation**<br><br>Activation is a process that allows licenses to be issued and bound to a PlayReady client device. For this reason, a client device must be activated before most PlayReady protection mechanisms will work. By default, activation occurs automatically the first time a PlayReady client attempts to play back content that is protected by PlayReady technologies. To avoid any playback lag during activation, you can implement activation proactively in a PlayReady client. The PlayReady client SDKs and Device Porting Kit explain how.<br><br>Revocation is a process that identifies a PlayReady client device or a model of client devices whose security or compliance is compromised and prevents the device from accessing additional licenses for protected content. For example, if a specific device model was compromised, the corresponding model certificate can be revoked to prevent devices of that model from playing protected content until the issue is addressed through a firmware or other type of update.  When identified, the device or the model of device may be added to a revocation list. Revocation lists are managed by Microsoft and used by license servers to deny license requests from devices that have been revoked. A software and/or firmware in that client device should be upgraded with a new software and/or firmware which address the security or compliance issue.<br><br>*See* Exhibit 18, p. 13, ("Microsoft PlayReady client authentication") available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf  (July 31, 2018)<br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

282

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 283

| CLAIM 4 | Vizio Smart Television |
|---|---|
| (2) determine if a SU data set received in said LCS via said interface is authorized; and | VIZIO makes, uses, sells and/or offers for sale the LCS of claim 3 configured to (2) determine if a SU data set received in said LCS via said interface is authorized.<br><br>For example, the device public key is sent to the PlayReady server over the internet for PlayReady device verification. If the device is verified, license server uses device's public key to encrypt the content key for video content and send the resulting license to play the requested content on Smart TVs. |

283

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 284

| CLAIM 4 | Vizio Smart Television |
|---|---|
| | **Microsoft PlayReady**<br>*Developing PlayReady Clients*<br><br>## Device Activation and Revocation<br><br>Activation is a process that allows licenses to be issued and bound to a PlayReady client device. For this reason, a client device must be activated before most PlayReady protection mechanisms will work. By default, activation occurs automatically the first time a PlayReady client attempts to play back content that is protected by PlayReady technologies. To avoid any playback lag during activation, you can implement activation proactively in a PlayReady client. The PlayReady client SDKs and Device Porting Kit explain how.<br><br>Revocation is a process that identifies a PlayReady client device or a model of client devices whose security or compliance is compromised and prevents the device from accessing additional licenses for protected content. For example, if a specific device model was compromised, the corresponding model certificate can be revoked to prevent devices of that model from playing protected content until the issue is addressed through a firmware or other type of update.  When identified, the device or the model of device may be added to a revocation list. Revocation lists are managed by Microsoft and used by license servers to deny license requests from devices that have been revoked. A software and/or firmware in that client device should be upgraded with a new software and/or firmware which address the security or compliance issue.<br><br>*See* Exhibit 18, p. 13, ("Microsoft PlayReady client authentication") available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf  (July 31, 2018) |

284

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 285

| CLAIM 4 | Vizio Smart Television |
|---------|------------------------|
|         |  |

### The PlayReady Product Suite

To enable end-to-end content protection across the media ecosystem, the PlayReady product suite includes both client and server technologies. It also includes software development kits (SDKs) and a device porting kit for implementing those technologies on various platforms.

The following diagram identifies the primary components of the PlayReady product suite.

Figure 2 – The PlayReady Product Suite

*See* Exhibit 18, p. 3, ("Microsoft PlayReady client authentication") available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf , (July 31, 2018)

*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.*

285

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 286

| CLAIM 4 | Vizio Smart Television |
|---|---|
| (3) store said SU data set in said LCS storage unit only if said data set is determined by said LCS to be authorized. | VIZIO makes, uses, sells and/or offers for sale a The LCS of claim 3 configured to: (3) store said SU data set in said LCS storage unit only if said data set is determined by said LCS to be authorized. <br><br> For example, using the watermark, i.e. the content key, the content data set, i.e. movie or other content is permitted to be used. To decide whether or not the use is authorized, the authorization policies specified for the key are evaluated. Once authorized, the SU data set is stored in the LCS. |

286

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 287

| CLAIM 4 | Vizio Smart Television |
|---------|------------------------|
|  | 1. Set a content key, key authorization policy and content delivery policy on the asset you want encrypted. One of the options we provide for key authorization is token authentication, when used the client requesting the license must first supply a valid token in order to be issued the license. If you configured token authentication, token is sent through Custom Data API, which is available on all PlayReady SDKs.<br><br>2. PlayReady license template is configured as part of the content key authorization policy. You could restrict media usage in the template, such as content could only be viewed in the next 48 hours and etc.<br><br>3. Dynamic encryption can be chained with our existing dynamic packaging capabilities so that from a single set of MP4s you can produce multiple combinations of formats and encryption types. For instance you could produce PlayReady encrypted HLS and PlayReady encrypted DASH.<br><br>4. In Addition, similar to dynamic encryption for VOD, you could mix and match streaming protocol and encryption methods. For instance you could produce AES encrypted HLS stream and PlayReady encrypted DASH stream.<br><br><br><br>*See* Exhibit 9, p. 2, "Announcing Azure Media Services Live Streaming With PlayReady encryption capability _ Blog _ Microsoft Azure" (December 22, 2014), available at https://azure.microsoft.com/en-us/blog/announcing-azure-media-services-live-streaming-with-playready-encryption-capability/, (July 31, 2018). |

287

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 288

| CLAIM 4 | Vizio Smart Television |
|---|---|

Firstly of all, similar to dynamic packaging, you bring in multi-bitrate Mp4 or Smooth Streaming video file. If you want for Media Services to encrypt an asset, you need to associate an encryption key with an asset and also configure authorization policies for the key, After that, Media Services origin server will dynamically encrypt HLS or Smooth Streaming stream with AES encryption algorithm. When a stream is requested by a "player", Media Services uses the specified key to dynamically encrypt your content using AES encryption. To decrypt the stream, the "player" will request the key from the key delivery service. To decide whether or not the user is authorized to get the key, the service evaluates the authorization policies that you specified for the key. We provides three options: Token-based authentication, IP-based authentication and open. If you choose Token-based authentication, usually you will integrate the token issue progress into your own authentication system. Therefore, only authorized player could obtain a valid token from your Authentication system, and our key service will validate the token and issue AES key for the player to decrypt the stream.

*See* Exhibit 7, p. 2, "Announcing PlayReady as a service and AES dynamic encryption with Azure Media Services - Mingfei Yan" (2014), available at http://mingfeiy.com/playready, (July 31, 2018).



*See* Exhibit 8, p. 4, "Microsoft PlayReady Content Protection White Paper" (April 2015), available at http://download.microsoft.com/download/8/3/C/83C936E9-0EF5-4528-885E-DCDD3172811A/MicrosoftPlayReadyContentProtectionWhitePaper_March2015.pdf, (July 31, 2018).

288

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 289

| CLAIM 4 | Vizio Smart Television |
|---|---|



*See* Exhibit 14, p. 1-2, "Configure content key authorization policy using Media Services" (August 09, 2017), available at https://docs.microsoft.com/en-us/azure/media-services/media-services-dotnet-configure-content-key-auth-policy, (July 31, 2018).

289

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 290

| CLAIM 4 | Vizio Smart Television |
|---|---|
| | The Silverlight PlayReady DRM solution encrypts the digital content files, not just the stream or connection to the server. This enables you to use the Microsoft PlayReady DRM environment to define the ways in which you want the content to be used, and PlayReady associates this content protection information, known as a license, to each media file in your collection. |

Microsoft designed and optimized Silverlight DRM to enable key Silverlight online and offline content distribution scenarios. These include live and on-demand streaming as offered by media servers such as Microsoft Windows Media® Services, progressive file download as offered by sites such as YouTube, and HTTP adaptive streaming as offered by servers such as Microsoft IIS 7 Smooth Streaming. Silverlight DRM encrypts the video and audio in a secure wrapper, ensuring that content, including advertising, stays protected from server to browser until the Silverlight plug-in decrypts and decompresses it for playback.

*See* Exhibit 5, p. 6-7, "Content_Protection_in_Silverlight_v1_FINAL" (April 2010), available at https://download.microsoft.com/download/2/E/F/2EF96D4D-B5E7-489F-8D6C-C89ED5660658/Content_Protection_in_Silverlight_v1_FINAL.pdf, (July 31, 2018).

*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.*

290

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 291

| CLAIM 9 | Vizio Smart Television |
|---|---|
| A method for using a local content server (LCS), said LCS comprising an LCS communications port; an LCS storage unit for storing digital data; | VIZIO performs and induces others to perform a method for using a local content server (LCS), said LCS comprising an LCS communications port, an LCS storage unit for storing digital data.<br><br>For example, VIZIO provides VIZIO Smart Televisions which have a built-in Chromecast and thus are capable of streaming secured content from services such as Netflix, YouTube, Google Play, HBO Go, Fox Now, and others. Such Smart Televisions include VIZIO's P-Series, M-Series, D-Series and E-series of televisions. |

291

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 292

| CLAIM 9 | VIZIO Smart Television |
|---|---|
| |  |

See Exhibit 23, p. 8-10, "VIZIO E-Series 4K Ultra HD", available at https://www.vizio.com/e-series, (July 31, 2018).

292

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 293

| CLAIM 9 | VIZIO Smart Television |
|---------|------------------------|
| | Upon information and belief, VIZIO Smart TVs come preinstalled with Netflix and other functionalities that use Playready and/or Widevine DRM technology. Upon information and belief, VIZIO includes the Playready and/or Widevine DRM as part of its Smart TVs as evidenced by its quality testing manuals, system specifications (including but not limited to drafts of the Revolt platform specifications).<br><br>Further, to the extent that VIZIO's Smart TVs do not come preinstalled with Netflix or similar applications, VIZIO infringes the claims at least when it tests Netflix and other Playready/Widevine applications before and after their Smart TVs are shipped. |

293

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 294

PAGE FILED UNDER SEAL

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 295

# PAGE FILED UNDER SEAL

295

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 296

PAGE FILED UNDER SEAL

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 297

| CLAIM 9 | VIZIO Smart Television |
|---------|------------------------|

Upon information and belief, VIZIO Smart TVs come preinstalled with Netflix and other functionalities that use Playready and/or Widevine DRM technology. This is further evidenced by the fact that several of these Smart TVs come bundled with a VIZIO remote that includes dedicated buttons for launching these functionalities.



*See* Exhibit 39, p. 3, https://support.VIZIO.com/s/article/XRT136-Remote-Information-EXT?language=en_US, (July 31, 2018).

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 298

| CLAIM 9 | VIZIO Smart Television |
|---------|------------------------|

To connect your VIZIO TV to your Netflix account, select the option below that best describes your setup.

If you have the Netflix button on your VIZIO remote:

1. Press the Netflix button.
2. Select Yes on the Are you a member of Netflix? screen.
   • If you are not yet a member, set up your membership.
3. Enter your Netflix email address and password.
4. Select Sign In.

If you wish to start over and/or sign in with a different email address at any point during this process, enter the following sequence using the arrow keys on your controller:

• **Up, Up, Down, Down, Left, Right, Left, Right, Up, Up, Up, Up**
• Select Start Over

If you see the Netflix icon onscreen:

1. Select the Netflix icon.
2. Select Yes at the Are you a member of Netflix? screen.
   • If you are not yet a member, set up your Netflix membership.
3. An activation code will appear. Leave the code onscreen and enter the activation code at netflix.com/activate.

*See* Exhibit 24, p. 1, "VIZIO_Netflix App", available at https://help.netflix.com/en/node/23881, (July 31, 2018).

298

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 299

| CLAIM 9 | VIZIO Smart Television |
|---------|------------------------|
| |  |

*See* Exhibit 25, p. 1, "Netflix on your VIZIO TV", available at https://help.netflix.com/en/node/23881, (July 31, 2018).

299

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 300

| CLAIM 9 | VIZIO Smart Television |
|---------|------------------------|
| | Netflix uses Microsoft PlayReady to enable instant streaming on a wide variety of consumer devices like smart phone, Smart Televisions, computers and laptops. Microsoft PlayReady is a media file copy prevention technology that includes encryption, output prevention and digital rights management (DRM). |



*See* Exhibit 1, p. 1, "Netflix Taps Microsoft PlayReady as Its Primary DRM Technology for Netflix Ready Devices and Applications" (May 25, 2010), available at https://media.netflix.com/en/press-releases/netflix-taps-microsoft-playready-as-its-primary-drm-technology-for-netflix-ready-devices-and-applications-migration-1, (July 31, 2018).

300

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 301

| CLAIM 9 | VIZIO Smart Television |
|---|---|
| |  |

*See* Exhibit 2, p. 1, "Netflix goes with Microsoft PlayReady DRM for upcoming streaming devices _ TechCrunch" (May 25, 2010), available at https://techcrunch.com/2010/05/25/netflix-goes-with-microsoft-playready-drm-for-upcoming-streaming-devices/, (July 31, 2018).

301

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 302

| CLAIM 9 | VIZIO Smart Television |
|---------|------------------------|
| | **PlayReady Enables and Protects Content Anywhere**<br><br>Watch and engage with more content, on any device. PlayReady supports all content types and various user scenarios for premium VoD and Live TV. The flexible business models enables versatile user scenarios including subscription services, advertising, rentals and single purchases.<br><br>Microsoft provides security solutions to high volume platforms and mobile devices such as Windows, iOS, Android and Linux; enables content consumption via browsers and apps; as well as a large range of consumer electronic devices with the PR porting kit; including implementation for Game Consoles, Blu-ray and DVD players, Smart TVs, STBs etc.<br><br>*See* Exhibit 3, p. 1-2, "Microsoft_PlayReady", available at https://www.microsoft.com/playready/overview/, (July 31, 2018).<br><br>**1.   Introduction**<br><br>**1.1 Overview**<br><br>The Microsoft® Silverlight™ browser plug-in empowers designers and developers to rapidly create rich application experiences on the Web. Central to Silverlight is the ability to deliver high quality media. Microsoft Silverlight DRM, Powered by PlayReady®, is seamlessly integrated into the Silverlight plug-in to allow content providers to protect intellectual property. Content providers with an existing library of Windows Media® digital rights management (WMDRM) protected content can use the PlayReady Server SDK to deliver licenses for this content to Silverlight clients on Windows® based computers and on the Macintosh. This white paper discusses the advantages of developing a rich media client experience using Silverlight and connecting that experience to an existing WMDRM content library.<br><br>*See* Exhibit 20, p. 1, "Using Silverlight™ DRM, Powered by PlayReady®, with Windows Media® DRM Content" (November 2008), available at https://vdocuments.com.br/download/using-silverlight-with-windows-media-drm-whitepaper-final-55844943ae4f4, (July 31, 2018). |

302

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 303

| CLAIM 9 | Vizio Smart Television |
|---|---|
| | A License server, Distribution server and a Domain Controller together can be considered as a Local Content Server (LCS). An LCS has a storage unit to store digital data and a plurality of rules to process a data set, a communications port to receive a data set, a processor to process digital data and a unique identification code to uniquely identify the LCS. The Distribution server receives the encrypted content from the Packaging server. The License server stores the plurality of rules to process a data set. The Domain controller processes the License to allow transmission of data to the end user.<br><br><br><br>*See* Exhibit 13, p. 4, "Frequently Asked Questions (FAQ)", available at https://www.microsoft.com/playready/licensing/faq/, (July 31, 2018).<br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

303

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 304

| CLAIM 9 | Vizio Smart Television |
|---|---|
| an LCS domain processor for processing digital data; and an LCS identification code uniquely associated with said LCS, said method comprising: | VIZIO performs and induces others to perform a method for using a local content server system (LCS), said LCS comprising an LCS domain processor for processing digital data, and an LCS identification code uniquely associated with said LCS.<br><br>For example, Local Content Server (LCS) stores a plurality of rules for processing a data set. The License server stores the plurality of rules to process a data set. The Domain controller processes the License to allow transmission of data to the end user. |

304

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 305

| CLAIM 9 | Vizio Smart Television |
|---|---|
| | A License server, Distribution server and a Domain Controller together can be considered as a Local Content Server (LCS). An LCS has a storage unit to store digital data and a plurality of rules to process a data set, a communications port to receive a data set, a processor to process digital data and a unique identification code to uniquely identify the LCS. The Distribution server receives the encrypted content from the Packaging server. The License server stores the plurality of rules to process a data set. The Domain controller processes the License to allow transmission of data to the end user. |



*See* Exhibit 13, p. 4, "Frequently Asked Questions (FAQ)", available at https://www.microsoft.com/playready/licensing/faq/, (July 31, 2018).

305

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 306

| CLAIM 9 | Vizio Smart Television |
|---|---|
| |  |

See Exhibit 17, p. 3, "Digital Rights Management (DRM)", available at https://msdn.microsoft.com/en-us/library/cc838192(VS.95).aspx, (July 31, 2018).

*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.*

306

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 307

| CLAIM 9 | Vizio Smart Television |
|---|---|
| said LCS storing in said LCS storage unit a plurality of rules for processing a data set; | VIZIO performs and induces others to perform a method for using a local content server system (LCS), said LCS storing in said LCS storage unit a plurality of rules for processing a data set.<br><br>For example, Local Content Server (LCS) stores a plurality of rules for processing a data set. The License server stores the plurality of rules to process a data set. The Domain controller processes the License to allow transmission of data to the end user. |

307

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 308

| CLAIM 9 | Vizio Smart Television |
|---|---|
| | **How does Microsoft PlayReady work?**<br><br>The Microsoft PlayReady ecosystem consists of PC Clients, Devices and Servers. PlayReady Devices and PC Clients that playback content can acquire protected content, interpret a license, and enforce the rules contained in that license.<br><br>PlayReady Servers include:<br><br>• Content Packaging Server: Takes unprotected content and packages it for distribution. When the content is packaged, the protected content is copied to a Distribution Server and the license information is transferred to a License Server.<br>• License Server: Stores the content protection information and rights for using the content. Before a client can play back protected content they must acquire a license, typically from a license server (or the license may already be embedded in the content file).<br>• Domain Controller: Implements the rules that define a domain such as the identity of a single user or family. The Domain Controller also enforces the policy defining how many devices or PCs may join the domain.<br>• Metering Servers: With metering, the device maintains a count of how many times a file is played. When the portable device connects to a computer or the Internet, the count is uploaded to the content provider. Metering does not alter or affect any behavior on the user's system and does not identify the user. Metering allows the content provider to accurately assess royalties. Because metering can be more cost-effective, service providers can provide much larger music catalogs for customers to download.<br><br>*See* Exhibit 13, p. 2-3, "Frequently Asked Questions (FAQ)", available at https://www.microsoft.com/playready/licensing/faq/, (July 31, 2018). |

308

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 309

| CLAIM 9 | Vizio Smart Television |
|---|---|



The PlayReady Product Suite

To enable end-to-end content protection across the media ecosystem, the PlayReady product suite includes both client and server technologies. It also includes software development kits (SDKs) and a device porting kit for implementing those technologies on various platforms.

The following diagram identifies the primary components of the PlayReady product suite.

Figure 2 – The PlayReady Product Suite

*See* Exhibit 18, p. 3, "Developing Microsoft Play Ready Clients" (April 2015), available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf, (July 31, 2018).

309

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 310

| CLAIM 9 | Vizio Smart Television |
|---|---|
| | |

### Licenses and Policies

A license contains two fundamental protection components, a *content key* and *policies*. A content key is a symmetric cryptographic key that is used to decrypt a media file. Policies are usage rules that specify how, when, and where a file's content can be consumed. When a license is built for a media file, the content key and appropriate policies are added to the license for the file. When a license is issued to a PlayReady client, the client uses the content key and policies to decrypt and play back the file according to the rules specified in the license.

In PlayReady, policies support several types of usage rules, most commonly: time-based restrictions, which specify a time frame that a license is valid for; output-protection levels, which indicate whether playback is restricted to specific types of output ports on devices; and, allowable-export restrictions, which specify restrictions for moving or exporting content to a different content protection scheme. Both output-protection and allowable-export policies are governed by the <u>PlayReady compliance and robustness rules</u>.

*See* Exhibit 18, p. 9, "Developing Microsoft Play Ready Clients" (April 2015), available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf, (July 31, 2018).

- **Content Packaging Servers** that take in unprotected content and package it for distribution. When the content is packaged, you copy the protected content to a Distribution Server and transfer the license information to a License Server.
- **Distribution Servers** that store and distribute content. Distribution Servers are usually Web servers, but Microsoft PlayReady technology does not require a specialized Web server for content storage and distribution.
- **License Servers** that store the content protection information and rights for using the content. Before a client can play back protected content it must acquire a license, typically from a license server.
- **Domain Controllers** that determine what a user's domain represents, such as a single user, a family, or a group of users. Domain controllers store the list of entities that are associated with the domain and enforce the policy that defines how many devices or computers can join the domain.

*See* Exhibit 5, p. 11, "Content_Protection_in_Silverlight_v1_FINAL" (April 2010), available at https://download.microsoft.com/download/2/E/F/2EF96D4D-B5E7-489F-8D6C-C89ED5660658/Content_Protection_in_Silverlight_v1_FINAL.pdf, (July 31, 2018).

310

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 311

| CLAIM 9 | Vizio Smart Television |
|---------|------------------------|
| | |

### PlayReady Servers

PlayReady Servers prepare content for distribution, store and distribute content, manage licenses and domains, and meter content usage. PlayReady servers can be on-premises or located in the cloud.

The packaging server takes in unprotected content and packages it for distribution via encryption. After the content is packaged, it is copied to a distribution server, and the license information is transferred to a license server.

The distribution server stores and distributes content. Distribution servers are usually web servers — PlayReady does not require a specialized server for content storage and distribution.

PlayReady provides support for the following server types:

| License Server | Stores the licenses for using the content. Before a client can play back protected content, it must acquire a license. |
|----------------|------------------------------------------------------------------------------------------------------------------------|
| Domain Controller | Determines what a given domain represents (for example, a user, a family, or a group of users). For each domain, domain controllers hold a list of entities that are associated with that domain. The domain controller also enforces the policy defining how many devices or computers may join the domain. |
| Metering Server | Supports the metering feature described in *Key Features*. |

*See* Exhibit 8, p. 9, "Microsoft PlayReady Content Protection White Paper" (April 2015), available at http://download.microsoft.com/download/8/3/C/83C936E9-0EF5-4528-885E-DCDD3172811A/MicrosoftPlayReadyContentProtectionWhitePaper_March2015.pdf, (July 31, 2018).

311

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 312

| CLAIM 9 | Vizio Smart Television |
|---|---|
|  | ## License Acquisition Models<br><br>PlayReady supports two license acquisition models, proactive and reactive. In the proactive model, a client acquires and stores a license locally before playback is initiated, and the acquired license typically persists in local storage. This model is typically used in purchase (download to own), rental, and subscription-based scenarios with/without time-based restriction policies.<br><br>In the reactive model, a client acquires a license on demand when playback is initiated. This model is typically used in streaming and progressive playback scenarios. The reactive model also supports use of *non-persistent licenses*, which is a license that is stored temporarily in a client's local memory, used only once, and expires automatically when playback ends. This type of license works well in scenarios that don't support or require offline playback.<br><br>PlayReady clients can use a mixture of proactive and reactive licenses. The PlayReady client SDKs and the PlayReady Device Porting Kit can be used to implement both acquisition models.<br><br>*See* Exhibit 18, p. 11, "Developing Microsoft PlayReady Clients" (April 2015), available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf, (July 31, 2018). |

312

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 313

| CLAIM 9 | Vizio Smart Television |
|---------|------------------------|
| | **Server Technologies**<br><br>PlayReady server technologies help prepare content for distribution, issue licenses to PlayReady clients, and optionally manage domains and meter content usage. To perform those tasks, PlayReady server technologies provide the following services:<br><br>• **License Service** – Stores licenses that specify protection information and rights for using content, and receives and responds to authentication and license requests from PlayReady clients. License services handle tasks such as managing usage rules and policies that are applied to licenses, implementing business logic for authorization and control of usage rights, and building and issuing licenses to PlayReady clients.<br><br>• **Domain Controller** – Determines what a given *domain* represents. A domain is a virtual entity that represents a group of users or devices that can share licenses for media content — for example, a game console, tablet, and phone within the same household. The domain controller can store a list of entities that are associated with a domain, handle requests to join or leave a domain, and enforce policies that define how many devices or users can be part of a domain.<br><br>*See* Exhibit 18, p. 6, "Developing Microsoft PlayReady Clients" (April 2015), available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf, (July 31, 2018).<br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

313

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 314

| CLAIM 9 | Vizio Smart Television |
|---|---|
| said LCS receiving via said communications port a first data set that includes data defining first content; | VIZIO performs and induces others to perform a method for using a local content server system (LCS), said LCS receiving via said communications port a first data set that includes data defining first content.<br><br>For example, the content data set, i.e. movie or other content is received into a Local Content Server (LCS) through a communications port. Distribution Server receives the encrypted content from the Packaging server. The encrypted content includes Key Identifier and/or PlayReady policies such as rights and restrictions policies ("first content") under which the content is played on the user's device ("VIZIO Smart TVs"). |

314

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 315

| CLAIM 9 | Vizio Smart Television |
|---|---|
| | <br><br>*See* Exhibit 13, p. 4, "Frequently Asked Questions (FAQ)", available at https://www.microsoft.com/playready/licensing/faq/, (July 31, 2018). |

315

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 316

| CLAIM 9 | VIZIO Smart Television |
|---|---|
| | PlayReady secures content by encrypting data files. These encrypted files may be moved, archived, streamed, copied, or distributed without restrictions. In order to decrypt these data files, a digital *key* is required. This key is contained within a *license*. Each license also contains rights and policies that specify how the files may be used, and under what conditions.<br><br><br>**Figure 1 - Content Consumption Model**<br><br>*See* Exhibit 8, p. 4, ("PlayReady content protection") available at http://download.microsoft.com/download/8/3/C/83C936E9-0EF5-4528-885E-DCDD3172811A/MicrosoftPlayReadyContentProtectionWhitePaper_March2015.pdf, (July 31, 2018). |

316

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 317

| CLAIM 9 | VIZIO Smart Television |
|---|---|
| | Figure 1 offers a typical example of how PlayReady secures and manages content consumption:<br><br>1. Before content can be distributed for playback, it must first go through an encryption step to protect the content.<br>2. An encoder encrypts the content using an encryption key that is also made available to the license server.<br>3. After the content is encrypted, it is staged for delivery to playback clients (typically via a content distribution network).<br>4. PlayReady clients discover content within the application developed for the service.<br>5. To decrypt content, a PlayReady client sends a license request to a PlayReady license server.<br>6. The PlayReady license server authenticates the client and issues a license back to the client.<br>7. As the client uses the license key to unencrypt the content, it plays back the content according to the policies specified in the license. Some of the common policies utilized are time based restrictions and output protections (for example, restricting playback to a secure HDMI port to safeguard against copying).<br><br>*See* Exhibit 8, p. 4, ("PlayReady content protection") available at http://download.microsoft.com/download/8/3/C/83C936E9-0EF5-4528-885E-DCDD3172811A/MicrosoftPlayReadyContentProtectionWhitePaper_March2015.pdf, (July 31, 2018).<br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

317

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 318

| CLAIM 9 | Vizio Smart Television |
|---|---|
| said LCS using said domain processor to determine from inspection of said first data set for a watermark, a first data set status value of said first data set to be at least one of unsecure, secure, and legacy; | VIZIO performs and induces others to perform a method for using a local content server system (LCS), said LCS using said domain processor to determine from inspection of said first data set for a watermark, a first data set status value of said first data set to be at least one of unsecure, secure, and legacy.<br><br>For example, the data set is inspected to determine if there is a PlayReady header ("watermark") embedded in the data set. The PlayReady header includes Content Key, Key Identifiers and/or License Server's URL ("watermark"). The Domain Controller determines the domain of the user (such as a single user, a family or a group of users). The Domain controller stores the list of entities that are associated with the domain and sends the license policy to the LCS to process the video content.  The header is part of the media and includes the watermark.<br><br>**The PlayReady Header Object**<br><br>The PlayReady header object is a placeholder to store PlayReady rights management header that enables PlayReady clients to acquire a license for and decrypt the content in a media file. It can also store an embedded license directly in a media file. The header is added to and subsequently stored in a media file or, for streaming content, a media manifest file when the file is packaged for distribution.<br><br>Exhibit 18, p. 9. |

318

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 319

| CLAIM 9 | Vizio Smart Television |
|---------|------------------------|
|         | **The PlayReady Header Object**<br><br>The PlayReady header object is a placeholder to store PlayReady rights management header that enables PlayReady clients to acquire a license for and decrypt the content in a media file. It can also store an embedded license directly in a media file. The header is added to and subsequently stored in a media file or, for streaming content, a media manifest file when the file is packaged for distribution.<br><br>Each PlayReady rights management header contains a standard set of metadata about a license. This includes a *key ID* that identifies the content key, the type of encryption used to encrypt the file, the URL for the applicable license acquisition service (*LAURL*), and any custom attributes that a content provider chooses to define. PlayReady rights management headers are encoded using UTF-16.<br><br>In a basic workflow, a PlayReady client finds and extracts the PlayReady rights management header from a media or media manifest file when it begins parsing the file. The client then processes the header data to acquire a license for and ultimately decrypt the content with the content key in the acquired license. In most cases, this includes sending the header to the appropriate license service, which in turn processes the header data, verifies that the license request is from a valid client (*client authentication*), and then issues a license to the client.<br><br>*See* Exhibit 18, p. 9, "Developing Microsoft PlayReady Clients" (April 2015), available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf, (July 31, 2018). |

319

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 320

| CLAIM 9 | Vizio Smart Television |
| --- | --- |



Fig. 7.2 Architecture of PlayReady

*See* Exhibit 22, p. 127, "Securing digital video" (2012), available at https://goo.gl/oQhPHn, (July 31, 2018).

320

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 321

| CLAIM 9 | Vizio Smart Television |
|---|---|

| Enhanced License Model | Description |
|---|---|
| Embedded license | A license that is acquired and subsequently stored in the PlayReady header of a media file. Because the license is stored or "embedded" in the media file, instead of being issued and stored separately, it's immediately available. This can facilitate user scenarios such as moving content from one device to another, backing up content, and playing back content with a device that is offline. In addition, an embedded license can be bound to a domain certificate, which allows the media file to be played by other devices that are members of the same PlayReady domain. |

*See* Exhibit 18, p. 11, "Developing Microsoft PlayReady Clients" (April 2015), available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf, (July 31, 2018).

1. **Silverlight requests to join a PlayReady domain.** This can happen transparently to the user, either after the consumer opts into the streaming service or when the consumer requests content for the first time.
2. **PlayReady issues a domain certificate.** The PlayReady Domain Controller issues a Domain Certificate, which is bound to the device that requested the certificate.
3. **Silverlight requests a PlayReady license.** The Silverlight application requests a PlayReady license from the PlayReady License Server.
4. **PlayReady License Server issues a license to the client's domain.** The License Servers issues a PlayReady license that it binds to the requesting device's domain rather than the device itself. This enables the PlayReady content to be decrypted by any device that has both a valid Domain Certificate and a PlayReady license. The Domain Controller tracks the number of devices.

*See* Exhibit 5, p. 9-10, "Content_Protection_in_Silverlight_v1_FINAL" (April 2010), available at https://download.microsoft.com/download/2/E/F/2EF96D4D-B5E7-489F-8D6C-C89ED5660658/Content_Protection_in_Silverlight_v1_FINAL.pdf, (July 31, 2018).

321

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 322

| CLAIM 9 | Vizio Smart Television |
|---------|----------------------|
| | As illustrated in Fig. 7.2, PlayReady uses several components:<br><br>• The content packaging server that prepares the content to be protected and also the domain certificates.<br>• The distribution server that holds the protected content and delivers it to the client. It can be a normal Web server.<br>• The license server that generates the licenses. A license can be bound to a device or to a domain.<br>• The domain controller that manages the registration and credentials of devices belonging to a domain.<br>• The metering server that collects anonymous usage information for accurately sharing the revenues.<br>• The client that renders the protected content if authorized.<br><br>We will highlight the main differences with Windows Media DRM. The first evolution is the support of domain. A domain encompasses the set of devices belonging to a customer, a family, or a group of users. Content can be bound to a domain. For a client to access domain-bound content, it has first to join the domain. This is the role of the domain controller, which checks that there are not already too many devices in the domain. Once successfully registered, the client receives the credentials of the specific domain that permit decrypting licenses bound to it. Of course, it is possible for a client to leave a domain. The distributor defines the policy and size of the domain, following commercial agreements with content owners. A client may belong to many domains, depending on the policies of distributors. Distributors can define new domain-based business models, such as home rental or subscription encompassing any device of the household (as long as they are registered in the same domain with the domain controller).<br><br>The licenses have evolved so that a PlayReady license can be bound to a domain. Then, every client belonging to the domain can access associated content. The license is encrypted using a key known to all the members of the domain. The domain controller delivers this key during the registration phase. Furthermore, the license can be embedded in the protected content itself. This simplifies the distribution. If the license server knows all the information related to the target client(s) before distribution, it can provide the license to be embedded.<br><br>*See* Exhibit 22, p. 126-127, "Securing digital video" (2012), available at https://goo.gl/oQhPHn, (July 31, 2018). |

322

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 323

| CLAIM 9 | Vizio Smart Television |
|---------|------------------------|
| |  *See* Exhibit 11,  p. 2, "Announcing public availability of Azure Media Services Content Protection Services _ Blog _ Microsoft Azure" (September 10, 2014), available at https://azure.microsoft.com/en-us/blog/announcing-public-availability-of-azure-media-services-content-protection-services/, (July 31, 2018). |

323

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 324

| CLAIM 9 | Vizio Smart Television |
|---|---|
| | Firstly of all, similar to dynamic packaging, you bring in multi-bitrate Mp4 or Smooth Streaming video file. If you want for Media Services to encrypt an asset, you need to associate an encryption key with an asset and also configure authorization policies for the key, After that, Media Services origin server will dynamically encrypt HLS or Smooth Streaming stream with AES encryption algorithm. When a stream is requested by a "player", Media Services uses the specified key to dynamically encrypt your content using AES encryption. To decrypt the stream, the "player" will request the key from the key delivery service. To decide whether or not the user is authorized to get the key, the service evaluates the authorization policies that you specified for the key. We provides three options: Token-based authentication, IP-based authentication and open. If you choose Token-based authentication, usually you will integrate the token issue progress into your own authentication system. Therefore, only authorized player could obtain a valid token from your Authentication system, and our key service will validate the token and issue AES key for the player to decrypt the stream.

*See* Exhibit 7,  p. 2, "Announcing PlayReady as a service and AES dynamic encryption with Azure Media Services - Mingfei Yan" (2014), available at http://mingfeiy.com/playready (emphasis added) , (July 31, 2018). |

324

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 325

| CLAIM 9 | Vizio Smart Television |
|---|---|
| | Figure 1 offers a typical example of how PlayReady secures and manages content consumption:<br><br>1. Before content can be distributed for playback, it must first go through an encryption step to protect the content.<br>2. An encoder encrypts the content using an encryption key that is also made available to the license server.<br>3. After the content is encrypted, it is staged for delivery to playback clients (typically via a content distribution network).<br>4. PlayReady clients discover content within the application developed for the service.<br>5. To decrypt content, a PlayReady client sends a license request to a PlayReady license server.<br>6. The PlayReady license server authenticates the client and issues a license back to the client.<br>7. As the client uses the license key to unencrypt the content, it plays back the content according to the policies specified in the license. Some of the common policies utilized are time based restrictions and output protections (for example, restricting playback to a secure HDMI port to safeguard against copying).<br><br>*See* Exhibit 8, p. 4, "Microsoft PlayReady Content Protection White Paper" (April 2015), available at http://download.microsoft.com/download/8/3/C/83C936E9-0EF5-4528-885E-DCDD3172811A/MicrosoftPlayReadyContentProtectionWhitePaper_March2015.pdf, (July 31, 2018).<br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

325

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 326

| CLAIM 9 | Vizio Smart Television |
|---|---|
| said LCS using said first data set status value to determine which of a set of rules to apply to process said first data set prior to storage of a processed second data set resulting from processing of said first data set, in said LCS storage unit; | VIZIO performs and induces others to perform a method for using a local content server system (LCS), said LCS using said first data set status value to determine which of a set of rules to apply to process said first data set prior to storage of a processed second data set resulting from processing of said first data set, in said LCS storage unit.<br><br>For example, using the watermark, the domain controller decides which set of rules from the License server should be applied to the data set.<br><br>Further, the content delivery policy defines the type of protocol and encryption (such as MPEG DASH with AES, HLS with AES and/or smooth streaming with AES) to be applied on the content. The content delivery policy tells the streaming server how the video content is to be delivered at user end (such as if the user is requesting the video content from Apple device, streaming server uses HLS with AES encryption). |

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 327

| CLAIM 9 | Vizio Smart Television |
|---------|------------------------|

| Domains | From a consumer's standpoint it is very attractive to easily transfer content to all supported devices that they own, and be able to play back the content on all those devices. Domains support in Microsoft PlayReady enables this capability, benefitting service operators by enabling the delivery of an enhanced user experience. Customers can enjoy content from the operator's service on all the devices joined to the domain. |
|---------|---------------------------------------------------------------|
| | The domain registration phase allows the service provider to verify that the number of devices already registered with the domain hasn't exceeded the service's defined number, and that the device is an authentic PlayReady device, so the service can issue a domain certificate. |
| | All devices that support Microsoft PlayReady technology—from a PC to a mobile device—can be part of a domain. Registering and unregistering phases can be performed using any type of connectivity. It is not even required for a device to be connected to be unregistered; the service may be built so that this can be performed if desired from any Internet connected device already on the domain. |
| | The functionality provided by the Microsoft PlayReady Domain feature is very intuitive from an end user experience: the service provider allows the user to designate a group of devices as a "domain." Any device on the domain can consume Microsoft PlayReady-protected content that is acquired by any other device in the domain, if they have a domain-bound license for the content. The user may easily add or remove devices from the domain, as long as the total number of devices (and PCs) in the domain does not exceed the limit defined by the service. |

*See* Exhibit 16, p. 4, "Microsoft PlayReady Content Access Technology" (July 2008), available at http://www.pdgseo.com/wp-content/uploads/2016/03/Microsoft-PlayReady-Content-Access-Technology.pdf, (July 31, 2018).

327

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 328

| CLAIM 9 | Vizio Smart Television |
|---|---|
| | Finally, Silverlight 4 introduces the concept of domains, which enables content or service providers to provide consumers with the ability to view restricted content on multiple computers while maintaining control over their assets. For example, an online movie rental provider wants to enable consumers to view content on up to three devices of the consumers' choice. After consumers reach that limit, they can remove one or more devices from their PlayReady domain in order to add a new one.<br><br>The following diagram illustrates this scenario.<br><br><br>**Figure 3.** *How Silverlight 4 works with PlayReady domains*<br><br>*See* Exhibit 5, p. 9, "Content_Protection_in_Silverlight_v1_FINAL" (April 2010), available at https://download.microsoft.com/download/2/E/F/2EF96D4D-B5E7-489F-8D6C-C89ED5660658/Content_Protection_in_Silverlight_v1_FINAL.pdf, (July 31, 2018). |

328

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 329

| CLAIM 9 | Vizio Smart Television |
|---|---|

**Security requirements, control mechanisms, and distributed architecture**

Netflix concerns, from a security point of view, are:

- That only users with the correct (*unlimited*) plan can access content
- That users don't share their account information with others
- That the video is only accessible from within the US, due to licensing restrictions
- That the video content cannot be redistributed and played at a later time

Those restrictions are enforced by a set of coordinated mechanisms:

- By requesting user authentication before playing the video,
- By allowing a maximum of six playback devices (browsers, Roku, etc.) per account,
- By rejecting requests that come from IP addresses outside of the US range,
- By encrypting the video content, and
- By providing unique decryption keys per movie and device

*See* Exhibit 6, p. 4, "Microsoft Word - Pomelo Tech Report – Netflix" (March – April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf (emphasis added) , (July 31, 2018).

329

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 330

| CLAIM 9 | VIZIO Smart Television |
|---------|------------------------|

1. Set a content key, key authorization policy and content delivery policy on the asset you want encrypted. One of the options we provide for key authorization is token authentication, when used the client requesting the license must first supply a valid token in order to be issued the license. If you configured token authentication, token is sent through Custom Data API, which is available on all PlayReady SDKs.

2. PlayReady license template is configured as part of the content key authorization policy. You could restrict media usage in the template, such as content could only be viewed in the next 48 hours and etc.

3. Dynamic encryption can be chained with our existing dynamic packaging capabilities so that from a single set of MP4s you can produce multiple combinations of formats and encryption types.  For instance you could produce PlayReady encrypted HLS and PlayReady encrypted DASH.

4. In Addition, similar to dynamic encryption for VOD, you could mix and match streaming protocol and encryption methods. For instance you could produce AES encrypted HLS stream and PlayReady encrypted DASH stream.



*See* Exhibit 9, p. 1-2, "Announcing Azure Media Services Live Streaming With PlayReady encryption capability _ Blog _ Microsoft Azure" (December 22, 2014), available at https://azure.microsoft.com/en-us/blog/announcing-azure-media-services-live-streaming-with-playready-encryption-capability/, (July 31, 2018).

330

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 331

| CLAIM 9 | VIZIO Smart Television |
|---------|------------------------|
| | Firstly of all, similar to dynamic packaging, you bring in multi-bitrate Mp4 or Smooth Streaming video file. If you want for Media Services to encrypt an asset, you need to associate an encryption key with an asset and also configure authorization policies for the key, After that, Media Services origin server will dynamically encrypt HLS or Smooth Streaming stream with AES encryption algorithm. When a stream is requested by a "player", Media Services uses the specified key to dynamically encrypt your content using AES encryption. To decrypt the stream, the "player" will request the key from the key delivery service. To decide whether or not the user is authorized to get the key, the service evaluates the authorization policies that you specified for the key. We provides three options: Token-based authentication, IP-based authentication and open. If you choose Token-based authentication, usually you will integrate the token issue progress into your own authentication system. Therefore, only authorized player could obtain a valid token from your Authentication system, and our key service will validate the token and issue AES key for the player to decrypt the stream.

*See* Exhibit 7, p. 2, "Announcing PlayReady as a service and AES dynamic encryption with Azure Media Services - Mingfei Yan"(2014), available at http://mingfeiy.com/playready, (July 31, 2018). |

| CLAIM 9 | Vizio Smart Television |
|---|---|
| | <br><br>*See* Exhibit 6, p. 4, "Microsoft Word - Pomelo Tech Report – Netflix" (March - April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf, (July 31, 2018).<br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

| CLAIM 9 | Vizio Smart Television |
|---|---|
| said LCS determining, at least in part, from rights associated with a user identification associated with a prompt received by said LCS for said first content, a quality level at which to transmit said first content, wherein said quality level is one of at least unsecure, secure, and legacy; and | VIZIO performs and induces others to perform a method for using a local content server system (LCS), said LCS determining, at least in part, from rights associated with a user identification associated with a prompt received by said LCS for said first content, a quality level at which to transmit said first content, wherein said quality level is one of at least unsecure, secure, and legacy.<br><br>For example, the quality level at which the first content is to be transmitted is determined by the rights associated with the user identification. For example, the steaming service (such as Netflix) uses Microsoft's PlayReady HDCP Restriction policy included in the license response from the PlayReady Server to play High Definition (HD) video content on the user's device. The HD content is played on the user's device only if the user is an authorized user and/or user has the subscription to play HD content, otherwise SD content ("legacy") is delivered to the user. |

333

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 334

| CLAIM 9 | VIZIO Smart Television |
|---------|------------------------|

PlayReady devices and applications can decrypt legacy WMDRM protected content without requiring any modification to the original encrypted content files, however the licenses will be delivered using the PlayReady Server SDK.

Both the PlayReady PC SDK and the Device Porting Kit allow the application, if desired, to change the license header of existing content files into the PlayReady format, thus allowing an invisible conversion to the new ecosystem with all of its advantages, i.e., domains and embedded licenses, even on "legacy" content.

From version 2, Silverlight can play and decrypt the same Windows Media DRM-encrypted content that is played in Windows Media Player, but a PlayReady license server (running the PlayReady Server SDK) must be deployed to provide licenses to Silverlight clients. Therefore the migration requires deployment of a PlayReady License Server.

*See* Exhibit 13, p. 6, "Frequently Asked Questions (FAQ)", available at

https://www.microsoft.com/playready/licensing/faq/, (July 31, 2018).

- Device filtering
- Post Authentication API (an EZDRM Exclusive)
- Hardware level TEE support
- WMDRM playback support
  - Extend the reach of your Windows Media DRM protected content into the PlayReady-based experience. By using a combination of PlayReady DRM and WMDRM, you can ensure that a maximum number of end users can view your legacy content.
- End to End Content Protection
- Performance optimization

*See* Exhibit 15, p. 2, "EZDRM_ PlayReady DRM", available at http://www.ezdrm.com/html/microsoft-playready-drm.asp, (July 31, 2018).

334

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 335

| CLAIM 9 | VIZIO Smart Television |
|---|---|
| | PlayReady Clients can acquire licenses proactively or reactively. See the License Acquisition page for a description of these two modes.<br><br>**Encrypting the asset with two keys, dedicating one to the highest quality**<br><br>There have been some enhancements in the past years to use multiple keys per asset, mostly driven by the requirement to allow only certain highest-robustness clients to consume the highest quality content. With the arrival of Ultra HD (4K) content, and with the addition of high dynamic range (HDR) for higher color content, there was a need by studios and services to allow the highest quality only on certain clients, which typically have hardware DRM built in. In this scenario, the asset is encrypted using one content key {kid1, ck1} for all the tracks, except for the 4K track that is encrypted using a different content key {kid2, ck2}. That is:<br><br>• A client that is allowed to play only up to Full HD (not the 4K track) will be delivered a PlayReady license including only {kid1, ck1}.<br>• A client that is allowed to play up to 4K will be delivered a PlayReady license including {kid1, ck1} and {kid2, ck2}.<br><br>Using this additional complexity, the service can ensure that some clients will not be able to decrypt the 4K track, and that 4K track can be reserved to only the clients that the service most trusts.<br><br>*See* Exhibit 38, p. 5, ("Content Encryption and Delivery") available at https://docs.microsoft.com/en-us/playready/overview/content-encryption-and-delivery#using-encryption-tools, (July 31, 2018). |

335

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 336

| CLAIM 9 | VIZIO Smart Television |
|---------|------------------------|
| |  |

See Exhibit 38, p. 5, ("Content Encryption and Delivery ") available at https://docs.microsoft.com/en-us/playready/overview/content-encryption-and-delivery#using-encryption-tools, (July 31, 2018).

*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.*

336

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 337

| CLAIM 9 | Vizio Smart Television |
|---|---|
| wherein a quality level of legacy means that said first content does not include said watermark. | VIZIO performs and induces others to perform a method for using a local content server system (LCS), wherein a quality level of legacy means that said first content does not include said watermark.<br><br>For example, the digital video content is delivered in HD/SD quality level. The HD content is delivered to the authorized users only otherwise SD ("legacy") content is delivered on the user's device.<br><br>Further, the SD content does not include the Content Key ("watermark") associated with HD content. |

337

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 338

| CLAIM 9 | Vizio Smart Television |
|---|---|

### User Authentication

**User Authentication** involves making sure that the viewer is indeed a Netflix subscriber and has the right playback privileges. It is mostly dealt with at the browser level, via cookies. The usual mechanisms apply here: users login to their accounts and server sets the cookies that it needs (`netflixShopperID` and `netflixShopperSecret`). At this point Netflix also verifies that the user is visiting from within the United States, by checking the IP address of the request (in fact, Netflix won't display the Play Movie page if the request is not coming from the allowed geographical area).

The process at this stage is the following:

1. Browser requests a movie page
   `GET http://www.netflix.com/WiPlayer?movieid=xxx`
   The server redirects to the login page if the necessary cookies are not present in the request, and also checks at this point that the request is coming from a valid geographical area. If everything is OK, it renders the Movie page.

2. Javascript on the browser checks that Silverlight plug-in is installed. If not, it shows and error message and prompts user to download and install it. Let's assume it is installed.

3. Browser downloads the Silverlight player from
   `GET http://www.netflix.com/pages/watchNow/ \`
   `        player/silverlight/SLPlayer.xap`

4. Silverlight player notifies that it's ready to play, by sending a message to
   `POST http://www.netflix.com/SilverlightEvent`

*See* Exhibit 6, p. 7-8, "Microsoft Word - Pomelo Tech Report – Netflix" (March - April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf, (July 31, 2018).

338

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 339

| CLAIM 9 | VIZIO Smart Television |
|---------|------------------------|
| | PlayReady Clients can acquire licenses proactively or reactively. See the License Acquisition page for a description of these two modes. |

## Encrypting the asset with two keys, dedicating one to the highest quality

There have been some enhancements in the past years to use multiple keys per asset, mostly driven by the requirement to allow only certain highest-robustness clients to consume the highest quality content. With the arrival of Ultra HD (4K) content, and with the addition of high dynamic range (HDR) for higher color content, there was a need by studios and services to allow the highest quality only on certain clients, which typically have hardware DRM built in. In this scenario, the asset is encrypted using one content key {kid1, ck1} for all the tracks, except for the 4K track that is encrypted using a different content key {kid2, ck2}. That is:

- A client that is allowed to play only up to Full HD (not the 4K track) will be delivered a PlayReady license including only {kid1, ck1}.
- A client that is allowed to play up to 4K will be delivered a PlayReady license including {kid1, ck1} and {kid2, ck2}.

Using this additional complexity, the service can ensure that some clients will not be able to decrypt the 4K track, and that 4K track can be reserved to only the clients that the service most trusts.

*See* Exhibit 38, p. 5, ("Content Encryption and Delivery ") available at https://docs.microsoft.com/en-us/playready/overview/content-encryption-and-delivery#using-encryption-tools, (July 31, 2018).

339

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 340

| CLAIM 9 | VIZIO Smart Television |
|---------|------------------------|
| |  |

Content Assets and Encryption Keys (I)

*See* Exhibit 38, p. 5, ("Content Encryption and Delivery") available at https://docs.microsoft.com/en-us/playready/overview/content-encryption-and-delivery#using-encryption-tools, (July 31, 2018).

340

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 341

| CLAIM 9 | Vizio Smart Television |
|---|---|
| |  |

**4.2 Delivering licenses for WMDRM content**

A PlayReady license server can provide licenses to content encrypted using WMDRM 10 technology. To enable a base of WMDRM content to be experienced on a PlayReady client, such as a Silverlight DRM, Powered by PlayReady client, the use of a PlayReady license server is needed to deliver licenses for the content. The diagram below illustrates the new ecosystem.

This ecosystem now contains both a Windows Media Rights Management Server (WMRMS) to support legacy WMDRM clients and a PlayReady license server to support the new Silverlight DRM, Powered by PlayReady clients. It is important to note that the WMRMS and the PlayReady license server can reside on the same physical machine, eliminating the need for hardware upgrades.

**Note:** Though a PlayReady license server can serve licenses for WMDRM-protected content to PlayReady clients, PlayReady license servers cannot provide licenses to WMDRM client applications. WMDRM clients cannot decrypt PlayReady encrypted content.

*See* Exhibit 20, p. 5, "docslide.net_using-silverlight-with-windows-media-drm-whitepaper-final" (November 2008), available at https://goo.gl/pbQ7Z2, (July 31, 2018).

341

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 342

| CLAIM 9 | Vizio Smart Television |
|---------|------------------------|
| | **Backward Compatibility with Windows Media DRM**<br><br>PlayReady license services and some of clients support backward compatibility with content that is protected by Windows Media® DRM (WMDRM) technology. However, there are some constraints:<br><br>• License acquisition – A PlayReady license service can issue a license for WMDRM content only if a PlayReady client requests the license by using the PlayReady message protocol. PlayReady license services cannot issue a license to a WMDRM client (such as Windows Media Player) by using the legacy WMDRM message protocol.<br><br>• Clients – Although PlayReady clients offer full support for WMDRM content, WRDRM clients cannot decrypt and use content that is protected by PlayReady.<br><br>If those constraints are addressed, PlayReady license services and clients can issue and acquire licenses for WMDRM and PlayReady content concurrently. This means that a content provider can deploy and migrate to PlayReady in manageable stages. Silverlight and PlayReady Client SDK for Windows Store app can support this backward compatibility.<br><br>*See* Exhibit 18, p. 20, "Developing Microsoft PlayReady Clients" (April  2015), available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf, (July 31, 2018).<br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

342

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 343

| CLAIM 10 | Vizio Smart Television |
|---|---|
| The method of claim 9, wherein said LCS comprises a watermark extractor for extracting a watermark from said data sets. | VIZIO performs and induces others to perform the method of claim 9, wherein said LCS comprises a watermark extractor for extracting a watermark from said data sets.<br><br>For example, an URL included in the PlayReady header is extracted to acquire the license from a License Server and/or a Content Key corresponding to KID. The Content Key is used to decrypt the content data set received from PlayReady Server. |

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 344

| CLAIM 10 | VIZIO Smart Television |
|---|---|
| | Firstly of all, similar to dynamic packaging, you bring in multi-bitrate Mp4 or Smooth Streaming video file. If you want for Media Services to encrypt an asset, you need to associate an encryption key with an asset and also configure authorization policies for the key, After that, Media Services origin server will dynamically encrypt HLS or Smooth Streaming stream with AES encryption algorithm. When a stream is requested by a "player", Media Services uses the specified key to dynamically encrypt your content using AES encryption. To decrypt the stream, the "player" will request the key from the key delivery service. To decide whether or not the user is authorized to get the key, the service evaluates the authorization policies that you specified for the key. We provides three options: Token-based authentication, IP-based authentication and open. If you choose Token-based authentication, usually you will integrate the token issue progress into your own authentication system. Therefore, only authorized player could obtain a valid token from your Authentication system, and our key service will validate the token and issue AES key for the player to decrypt the stream. |

*See* Exhibit 7, p. 2, "Announcing PlayReady as a service and AES dynamic encryption with Azure Media Services - Mingfei Yan" (2014), available at http://mingfeiy.com/playready, (July 31, 2018).



Figure 1 - Content Consumption Model

*See* Exhibit 8, p. 4, "Microsoft PlayReady Content Protection WhitePaper" (April, 2015), available at http://download.microsoft.com/download/8/3/C/83C936E9-0EF5-4528-885E-DCDD3172811A/MicrosoftPlayReadyContentProtectionWhitePaper_March2015.pdf, (July 31, 2018).

344

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 345

| CLAIM 10 | VIZIO Smart Television |
|---|---|
| | Figure 1 offers a typical example of how PlayReady secures and manages content consumption:<br><br>1. Before content can be distributed for playback, it must first go through an encryption step to protect the content.<br>2. An encoder encrypts the content using an encryption key that is also made available to the license server.<br>3. After the content is encrypted, it is staged for delivery to playback clients (typically via a content distribution network).<br>4. PlayReady clients discover content within the application developed for the service.<br>5. To decrypt content, a PlayReady client sends a license request to a PlayReady license server.<br>6. The PlayReady license server authenticates the client and issues a license back to the client.<br>7. As the client uses the license key to unencrypt the content, it plays back the content according to the policies specified in the license. Some of the common policies utilized are time based restrictions and output protections (for example, restricting playback to a secure HDMI port to safeguard against copying).<br><br>*See* Exhibit 8, p. 4, ("PlayReady content protection") available at http://download.microsoft.com/download/8/3/C/83C936E9-0EF5-4528-885E-DCDD3172811A/MicrosoftPlayReadyContentProtectionWhitePaper_March2015.pdf, (July 31, 2018). |

345

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 346

| CLAIM 10 | VIZIO Smart Television |
|---|---|
| |  |

*See* Exhibit 14, p. 1-2, "Configure content key authorization policy using Media Services" (August 09, 2017), available at https://docs.microsoft.com/en-us/azure/media-services/media-services-dotnet-configure-content-key-auth-policy, (July 31, 2018).



*See* Exhibit 6, p. 11, "Microsoft Word - Pomelo Tech Report – Netflix" (March - April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf, (July 31, 2018).

346

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 347

| CLAIM 10 | VIZIO Smart Television |
|---|---|
| | 13. The PlayReady DRM component tries to get a license from the Netflix License server. It sends a message requesting a license for the corresponding movie, and requesting that the response be encrypted using a public key that the component generates.<br><br>POST https://agmoviecontrol.netflix.com/nccp/controller<br>HEADER: X-CTicket=AQAAAA...<br>POST-DATA: 'license', with stream ID<br><br>14. The server finds the license for the requested element, encrypts it using the specified key, and sends it back.<br><br>15. The PlayReady DRM component now decrypts the license using its private key, and uses that license to decrypt the streaming file<br><br>*See* Exhibit 6, p.14, "Microsoft Word - Pomelo Tech Report – Netflix" ( March - April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf, (July 31, 2018).<br><br>*Step 2: The client reads the clear header of encrypted content and determines that the content is encrypted. To decrypt the content, the client must receive a key from a license server located by a license acquisition URL (LAURL). The client attempts to get a license by sending a license challenge to the LAURL.*<br><br>*If this is the first time the user has attempted to access protected content on this machine, individualization must occur before requesting a license. Individualization is the process of acquiring the individualization component, a software component embedded into the Silverlight plug-in, to handle requesting licenses and protecting sensitive data used in the decryption process. To individualize, the client will send a request to the Microsoft Individualization Service and is returned the individualization component. [At that point, the player can proceed to the next step and request the license from the license server]*<br><br>*Step 3: The license server receives a request for a license from the PlayReady client, performs the necessary authentication checks to verify identity, executes business logic to ensure that the user is authorized to consume the requested content, and issues a license to the client with the appropriate usage rights and restrictions.*<br><br>*See* Exhibit 6, p.12, "Microsoft Word - Pomelo Tech Report – Netflix" (March - April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf, (July 31, 2018).<br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 348

| CLAIM 11 | Vizio Smart Television |
|---|---|
| The method of claim 9, wherein said LCS further comprises an interface, and said LCS communicating via said interface a Satellite Unit (SU). | VIZIO performs and induces others to perform the method of claim 9, wherein said LCS further comprises an interface, and said LCS communicating via said interface a Satellite Unit (SU).<br><br>For example, a VIZIO Smart Television ("Satellite Unit (SU)") is connected to a Distribution Server to deliver the digital video content. The watermarked content data set, i.e. movie or other content is transmitted to the requesting customer/subscriber using an electronic network between the LCS and the SU. |

348

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 349

| CLAIM 11 | Vizio Smart Television |
|---|---|

PlayReady Servers include:

- Content Packaging Server: Takes unprotected content and packages it for distribution. When the content is packaged, the protected content is copied to a Distribution Server and the license information is transferred to a License Server.
- License Server: Stores the content protection information and rights for using the content. Before a client can play back protected content they must acquire a license, typically from a license server (or the license may already be embedded in the content file).
- Domain Controller: Implements the rules that define a domain such as the identity of a single user or family. The Domain Controller also enforces the policy defining how many devices or PCs may join the domain.
- Metering Servers: With metering, the device maintains a count of how many times a file is played. When the portable device connects to a computer or the Internet, the count is uploaded to the content provider. Metering does not alter or affect any behavior on the user's system and does not identify the user. Metering allows the content provider to accurately assess royalties. Because metering can be more cost-effective, service providers can provide much larger music catalogs for customers to download.

In order to distribute content to the network or the end users, licensees are requested to have distribution servers, which are NOT part of the PlayReady technology. Distribution servers are used to store and distribute content. They are usually Web servers but Microsoft PlayReady technology does not require a specialized Web server for content storage and distribution.



*See* Exhibit 13, p. 2-4, "Frequently Asked Questions (FAQ)", available at https://www.microsoft.com/playready/licensing/faq/, (July 31, 2018).

349

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 350

| CLAIM 11 | Vizio Smart Television |
|---|---|

### PlayReady Servers

PlayReady Servers prepare content for distribution, store and distribute content, manage licenses and domains, and meter content usage. PlayReady servers can be on-premises or located in the cloud.

The packaging server takes in unprotected content and packages it for distribution via encryption. After the content is packaged, it is copied to a distribution server, and the license information is transferred to a license server.

The distribution server stores and distributes content. Distribution servers are usually web servers — PlayReady does not require a specialized server for content storage and distribution.

*See* Exhibit 8, p. 9, "Microsoft PlayReady Content Protection White Paper" (April 2015), available at http://download.microsoft.com/download/8/3/C/83C936E9-0EF5-4528-885E-DCDD3172811A/MicrosoftPlayReadyContentProtectionWhitePaper_March2015.pdf, (July 31, 2018).



*See* Exhibit 6, p. 13, "Microsoft Word - Pomelo Tech Report – Netflix" (March - April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf, (July 31, 2018).

350

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 351

| CLAIM 11 | Vizio Smart Television |
|---|---|



Figure 1 - Content Consumption Model

Figure 1 offers a typical example of how PlayReady secures and manages content consumption:

1. Before content can be distributed for playback, it must first go through an encryption step to protect the content.
2. An encoder encrypts the content using an encryption key that is also made available to the license server.
3. After the content is encrypted, it is staged for delivery to playback clients (typically via a content distribution network).
4. PlayReady clients discover content within the application developed for the service.
5. To decrypt content, a PlayReady client sends a license request to a PlayReady license server.

*See* Exhibit 8, p. 4, "Microsoft PlayReady Content Protection White Paper" (April 2015), available at http://download.microsoft.com/download/8/3/C/83C936E9-0EF5-4528-885E-DCDD3172811A/MicrosoftPlayReadyContentProtectionWhitePaper_March2015.pdf, (July 31, 2018).

351

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 352

| CLAIM 11 | Vizio Smart Television |
|---|---|
| | *The following steps must be taken for a Silverlight application to acquire and consume protected content, whether the content is protected using WMDRM or PlayReady.* |

*Step 1: The Silverlight client application makes a request to the distribution server for a piece of content. [...] The distribution server receives the request and sends the content, encrypted, to the client.*

*Step 2: The client reads the clear header of encrypted content and determines that the content is encrypted. To decrypt the content, the client must receive a key from a license server located by a license acquisition URL (LAURL). The client attempts to get a license by sending a license challenge to the LAURL.*

*See* Exhibit 6, p. 12, "Microsoft Word - Pomelo Tech Report – Netflix" (March - April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf, (July 31, 2018).

*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.*

352

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 353

| CLAIM 12 | Vizio Smart Television |
|---|---|
| The method of claim 9 further comprising: said LCS determining if said SU is an authorized device for communicating with said LCS; | VIZIO performs and induces others to perform the method of claim 9 further comprising: said LCS determining if said SU is an authorized device for communicating with said LCS.<br><br>For example, the license request is sent to a License Server using License Server URL included in the PlayReady header. The request also includes a unique device public key ("identity of the SU"). The device public key is sent to the PlayReady Server over the internet for PlayReady device verification. If the device is verified, license server encrypts the content key for the media file and sends the resulting license. To decide whether or not the use is authorized, the authorization policies specified for the key are evaluated. Once authorized, the SU data set is stored in the LCS. |

353

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 354

| CLAIM 12 | Vizio Smart Television |
|---|---|
| |  |

*See* Exhibit 18, p. 12, ("Microsoft PlayReady client authentication") available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf, (July 31, 2018).

354

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 355

| CLAIM 12 | Vizio Smart Television |
|---|---|
| |  |

See Exhibit 18, p. 3, ("Microsoft PlayReady client authentication") available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf , (July 31, 2018)

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 356

| **CLAIM 12** | **Vizio Smart Television** |
|---|---|
| | Microsoft PlayReady<br>*Developing PlayReady Clients*<br><br>**Device Activation and Revocation**<br><br>Activation is a process that allows licenses to be issued and bound to a PlayReady client device. For this reason, a client device must be activated before most PlayReady protection mechanisms will work. By default, activation occurs automatically the first time a PlayReady client attempts to play back content that is protected by PlayReady technologies. To avoid any playback lag during activation, you can implement activation proactively in a PlayReady client. The PlayReady client SDKs and Device Porting Kit explain how.<br><br>Revocation is a process that identifies a PlayReady client device or a model of client devices whose security or compliance is compromised and prevents the device from accessing additional licenses for protected content. For example, if a specific device model was compromised, the corresponding model certificate can be revoked to prevent devices of that model from playing protected content until the issue is addressed through a firmware or other type of update. When identified, the device or the model of device may be added to a revocation list. Revocation lists are managed by Microsoft and used by license servers to deny license requests from devices that have been revoked. A software and/or firmware in that client device should be upgraded with a new software and/or firmware which address the security or compliance issue.<br><br>*See* Exhibit 18, p. 13, ("Microsoft PlayReady client authentication") available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf (July 31, 2018)<br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

356

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 357

| CLAIM 12 | Vizio Smart Television |
|---|---|
| said LCS determining if a SU data set received in said LCS via said interface is authorized; | VIZIO performs and induces others to perform the method for said LCS determining if a SU data set received in said LCS via said interface is authorized.<br><br>For example, the device public key is sent to the PlayReady server over the internet for PlayReady device verification. If the device is verified, license server uses device's public key to encrypt the content key for video content and send the resulting license to play the requested content on Smart TVs. |

357

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 358

| CLAIM 12 | Vizio Smart Television |
|----------|------------------------|

**Microsoft PlayReady**
*Developing PlayReady Clients*

## Device Activation and Revocation

Activation is a process that allows licenses to be issued and bound to a PlayReady client device. For this reason, a client device must be activated before most PlayReady protection mechanisms will work. By default, activation occurs automatically the first time a PlayReady client attempts to play back content that is protected by PlayReady technologies. To avoid any playback lag during activation, you can implement activation proactively in a PlayReady client. The PlayReady client SDKs and Device Porting Kit explain how.

Revocation is a process that identifies a PlayReady client device or a model of client devices whose security or compliance is compromised and prevents the device from accessing additional licenses for protected content. For example, if a specific device model was compromised, the corresponding model certificate can be revoked to prevent devices of that model from playing protected content until the issue is addressed through a firmware or other type of update. When identified, the device or the model of device may be added to a revocation list. Revocation lists are managed by Microsoft and used by license servers to deny license requests from devices that have been revoked. A software and/or firmware in that client device should be upgraded with a new software and/or firmware which address the security or compliance issue.

*See* Exhibit 18, p. 13, ("Microsoft PlayReady client authentication") available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf (July 31, 2018)

358

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 359

| CLAIM 12 | Vizio Smart Television |
|---|---|
| |  |

**The PlayReady Product Suite**

To enable end-to-end content protection across the media ecosystem, the PlayReady product suite includes both client and server technologies. It also includes software development kits (SDKs) and a device porting kit for implementing those technologies on various platforms.

The following diagram identifies the primary components of the PlayReady product suite.

Figure 2 – The PlayReady Product Suite

*See* Exhibit 18, p. 3, ("Microsoft PlayReady client authentication") available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf , (July 31, 2018)

*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.*

359

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 360

| CLAIM 12 | Vizio Smart Television |
|---|---|
| said LCS storing said SU data set in said LCS storage unit only if said data set is determined by said LCS to be authorized. | VIZIO performs and induces others to perform the method for said LCS storing said SU data set in said LCS storage unit only if said data set is determined by said LCS to be authorized.<br><br>For example, using the watermark, i.e. the content key, the content data set, i.e. movie or other content is permitted to be used. To decide whether or not the use is authorized, the authorization policies specified for the key are evaluated. Once authorized, the SU data set is stored in the LCS. |

360

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 361

| CLAIM 12 | Vizio Smart Television |
|---|---|
| | 1. Set a content key, key authorization policy and content delivery policy on the asset you want encrypted. One of the options we provide for key authorization is token authentication, when used the client requesting the license must first supply a valid token in order to be issued the license. If you configured token authentication, token is sent through Custom Data API, which is available on all PlayReady SDKs.<br><br>2. PlayReady license template is configured as part of the content key authorization policy. You could restrict media usage in the template, such as content could only be viewed in the next 48 hours and etc.<br><br>3. Dynamic encryption can be chained with our existing dynamic packaging capabilities so that from a single set of MP4s you can produce multiple combinations of formats and encryption types.  For instance you could produce PlayReady encrypted HLS and PlayReady encrypted DASH.<br><br>4. In Addition, similar to dynamic encryption for VOD, you could mix and match streaming protocol and encryption methods. For instance you could produce AES encrypted HLS stream and PlayReady encrypted DASH stream.<br><br><br><br>*See* Exhibit 9, p. 2, "Announcing Azure Media Services Live Streaming With PlayReady encryption capability _ Blog _ Microsoft Azure" (December 22, 2014), available at https://azure.microsoft.com/en-us/blog/announcing-azure-media-services-live-streaming-with-playready-encryption-capability/, (July 31, 2018). |

361

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 362

| CLAIM 12 | Vizio Smart Television |
|---|---|
| | Firstly of all, similar to dynamic packaging, you bring in multi-bitrate Mp4 or Smooth Streaming video file. If you want for Media Services to encrypt an asset, you need to associate an encryption key with an asset and also configure authorization policies for the key, After that, Media Services origin server will dynamically encrypt HLS or Smooth Streaming stream with AES encryption algorithm. When a stream is requested by a "player", Media Services uses the specified key to dynamically encrypt your content using AES encryption. To decrypt the stream, the "player" will request the key from the key delivery service. To decide whether or not the user is authorized to get the key, the service evaluates the authorization policies that you specified for the key. We provides three options: Token-based authentication, IP-based authentication and open. If you choose Token-based authentication, usually you will integrate the token issue progress into your own authentication system. Therefore, only authorized player could obtain a valid token from your Authentication system, and our key service will validate the token and issue AES key for the player to decrypt the stream. |

*See* Exhibit 7, p. 2, "Announcing PlayReady as a service and AES dynamic encryption with Azure Media Services - Mingfei Yan" (2014), available at http://mingfeiy.com/playready, (July 31, 2018).



*See* Exhibit 8, p. 4, "Microsoft PlayReady Content Protection White Paper" (April 2015), available at http://download.microsoft.com/download/8/3/C/83C936E9-0EF5-4528-885E-DCDD3172811A/MicrosoftPlayReadyContentProtectionWhitePaper_March2015.pdf, (July 31, 2018).

362

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 363

| CLAIM 12 | Vizio Smart Television |
|---|---|
| | |

## Dynamic encryption: configure content key authorization policy

2017-8-9 • 11 min to read • Contributors 👤👤👤👤

.NET

### Overview

Microsoft Azure Media Services enables you to deliver MPEG-DASH, Smooth Streaming, and HTTP-Live-Streaming (HLS) streams protected with Advanced Encryption Standard (AES) (using 128-bit encryption keys) or Microsoft PlayReady DRM. AMS also enables you to deliver DASH streams encrypted with Widevine DRM. Both PlayReady and Widevine are encrypted per the Common Encryption (ISO/IEC 23001-7 CENC) specification.

Media Services also provides a **Key/License Delivery Service** from which clients can obtain AES keys or PlayReady/Widevine licenses to play the encrypted content.

If you want for Media Services to encrypt an asset, you need to associate an encryption key (**CommonEncryption** or **EnvelopeEncryption**) with the asset (as described here) and also configure authorization policies for the key (as described in this article).

When a stream is requested by a player, Media Services uses the specified key to dynamically encrypt your content using AES or DRM encryption.

To decrypt the stream, the player will request the key from the key delivery service. To decide whether or not the user is authorized to get the key, the service evaluates the authorization policies that you specified for the key.

Media Services supports multiple ways of authenticating users who make key requests. The content key authorization policy could have one or more authorization restrictions: **open** or **token** restriction. The token restricted policy must be accompanied by a token issued by a Secure Token Service (STS). Media Services supports tokens in the **Simple Web Tokens** (SWT) format and **JSON Web Token** (JWT) format.

Media Services does not provide Secure Token Services. You can create a custom STS or leverage Microsoft Azure ACS to issue tokens. The STS must be configured to create a token signed with the specified key and issue claims that you specified in the token restriction configuration (as described in this article). The Media Services key delivery service will return the encryption key to the client if the token is valid and the claims in the token match those configured for the content key.

*See* Exhibit 14, p. 1-2, "Configure content key authorization policy using Media Services" (August 09, 2017), available at https://docs.microsoft.com/en-us/azure/media-services/media-services-dotnet-configure-content-key-auth-policy, (July 31, 2018).

363

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 364

| CLAIM 12 | Vizio Smart Television |
|---|---|
|  | The Silverlight PlayReady DRM solution encrypts the digital content files, not just the stream or connection to the server. This enables you to use the Microsoft PlayReady DRM environment to define the ways in which you want the content to be used, and PlayReady associates this content protection information, known as a license, to each media file in your collection.

Microsoft designed and optimized Silverlight DRM to enable key Silverlight online and offline content distribution scenarios. These include live and on-demand streaming as offered by media servers such as Microsoft Windows Media® Services, progressive file download as offered by sites such as YouTube, and HTTP adaptive streaming as offered by servers such as Microsoft IIS 7 Smooth Streaming. Silverlight DRM encrypts the video and audio in a secure wrapper, ensuring that content, including advertising, stays protected from server to browser until the Silverlight plug-in decrypts and decompresses it for playback.

*See* Exhibit 5, p. 6-7, "Content_Protection_in_Silverlight_v1_FINAL" (April 2010), available at https://download.microsoft.com/download/2/E/F/2EF96D4D-B5E7-489F-8D6C-C89ED5660658/Content_Protection_in_Silverlight_v1_FINAL.pdf, (July 31, 2018).

*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

364

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 365

# BLUE SPIKE

# INFRINGEMENT CONTENTIONS

US 8,739,295 – VIZIO Smart Television

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 366

# PATENT DETAILS

| U.S. Patent No. 8,739,295 | Secure personal content server |
|---|---|
| **ISSUE DATE :**<br><br>May 17, 2014<br><br>**FILING DATE :**<br><br>March 7, 2012<br><br>**INVENTOR :**<br><br>Scott A. Moskowitz, Mike W.Berry<br><br>**ASSERTED CLAIMS :**<br><br>13, 19, 20, 23 | ABSTRACT:<br>A Local Content Server (LCS) System for creating a secure environment for digital content is disclosed, which system comprises: a communications port in communication for connecting the LCS via a network to at least one Secure Electronic Content Distributor (SECD), which SECD is capable of storing a plurality of data sets, is capable of receiving a request to transfer at least one content data set, and is capable of transmitting the at least one content data set in a secured transmission; a rewritable storage medium whereby content received from outside the LCS may be stored and retrieved; a domain processor that imposes rules and procedures for content being transferred between the LCS and devices outside the LCS; and a programmable address module which can be programmed with an identification code uniquely associated with the LCS. The LCS is provided with rules and procedures for accepting and transmitting content data. |

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 367

# VIZIO INFRINGEMENT

| U.S. Patent No. 8,739,295 | Secure personal content server |
|---|---|
| **ISSUE DATE :**<br><br>May 17, 2014<br>**FILING DATE :**<br><br>March 7, 2012<br>**INVENTOR :**<br><br>Scott A. Moskowitz, Mike W.Berry<br>**ASSERTED CLAIMS :**<br><br>13, 19, 20, 23 | **INFRINGEMENT:**<br>VIZIO, Inc. ("VIZIO") Accused Products directly, indirectly and/or through the doctrine of equivalents infringes claims 13, 19, 20 and 23 of U.S. Patent No. 8,739,295 ("the '295 patent") and the asserted claims depending therefrom.  The Accused Products are defined as VIZIO Smart Televisions, including model #s D70-F3, D43f-F1, D43-E2, D43f-E1, D40f-E1, D40f-F1, D39f-E1, D32f-F1, D24f-F1, D24h-E1, P65-E1, P55-E1, M75-E1, M70-E3, M65-F0, M65-E0, M55-F0, M55-E0, M50-E1,  E75-E3,  E75-E1, E70-E3, E65-E1, E60-E3, E55-E2, E50-E1, E50-F2, E43-E2, E80-E3 and others.<br><br>For each of the claims charted herein, Plaintiffs contend that all versions of the Accused Products (regardless of naming conventions or other product designations) made, used, offered for sale, sold, or imported into the United States on or after March 7, 2012, that include the functionality charted herein, infringe the asserted claims of the '295 patent.<br><br>Plaintiffs reserve the right to update, amend, or supplement these contentions and/or to add Accused Products, based on information received by Plaintiffs or otherwise produced by VIZIO in this litigation, once a Protective Order has been adopted. Such information would include, but is not limited to, data sheets, design specifications, source code, testing information, reference designs, implementation and utilization information and/or schematics.<br><br>Accused Product VIZIO E-Series 4-k Ultra HD has been charted below as an example. The remaining Accused Products and corresponding charts would be identical, and therefore rely on the VIZIO E-Series 4-k Ultra HD chart herein. *See Juxtacomm Techs., Inc. v. Ascential Software Corp.,* 548 F. Supp. 2d 379 (EDTX 2008) ("this Court has allowed plaintiffs to use a single chart applicable to multiple products where separate charts would be identical for each product.") |

367

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 368

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| A method for using a Local Content Server System (LCS), said LCS comprising an LCS communications port; an LCS storage unit for storing digital data in non-transitory form; an LCS domain processor that imposes a plurality of rules and procedures for content being transferred between said LCS and devices outside said LCS, thereby defining a first LCS domain; and a programmable address module programmed with an LCS identification code uniquely associated with said LCS domain processor; comprising: | VIZIO makes, uses, sells and/or offers for sale a device which provides a method for using a Local Content Server System (LCS), said LCS comprising an LCS communications port; an LCS storage unit for storing digital data in non-transitory form; an LCS domain processor that imposes a plurality of rules and procedures for content being transferred between said LCS and devices outside said LCS, thereby defining a first LCS domain; and a programmable address module programmed with an LCS identification code uniquely associated with said LCS domain processor.<br><br>For example, VIZIO provides VIZIO Smart Televisions which have a built-in Chromecast and thus are capable of streaming secured content from services such as Netflix, YouTube, Google Play, HBO Go, Fox Now, and others. Such Smart Televisions include VIZIO's P-Series, M-Series, D-Series and/or E-series of televisions.<br><br>Further, Local Content Server (LCS) stores a plurality of rules for processing a data set. The License server stores the plurality of rules to process a data set. The Domain Controller processes the License to allow transmission of data to the end user. The Microsoft PlayReady server's Domain Controller determines the domain of the user (such as a single user, a family or a group of users). The Domain Controller stores the list of entities that are associated with the domain and sends the license policy to process the video content. A license request is sent which includes a device public key. The license sever uses the key to verify the device for playing PlayReady content. If the device is verified, license server uses device's public key to encrypt the content key for video content. |

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 369

| CLAIM 13 | VIZIO Smart Television |
|---|---|



*See* Exhibit 23, p. 8-10, "VIZIO E-Series 4K Ultra HD", available at https://www.vizio.com/e-series, (July 30, 2018).

369

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 370

| CLAIM 13 | VIZIO Smart Television |
|---|---|

**To connect your VIZIO TV to your Netflix account, select the option below that best describes your setup.**

If you have the Netflix button on your VIZIO remote:

1. Press the Netflix button.
2. Select Yes on the Are you a member of Netflix? screen.
   - If you are not yet a member, set up your membership.
3. Enter your Netflix email address and password.
4. Select Sign In.

If you wish to start over and/or sign in with a different email address at any point during this process, enter the following sequence using the arrow keys on your controller:

- **Up, Up, Down, Down, Left, Right, Left, Right, Up, Up, Up, Up**
- Select Start Over

If you see the Netflix icon onscreen:

1. Select the Netflix icon.
2. Select Yes at the Are you a member of Netflix? screen.
   - If you are not yet a member, set up your Netflix membership.
3. An activation code will appear. Leave the code onscreen and enter the activation code at netflix.com/activate.

*See* Exhibit 24, p. 1, "VIZIO_Netflix App", available at https://help.netflix.com/en/node/23881, (July 30, 2018).

370

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 371

| CLAIM 13 | VIZIO Smart Television |
|----------|------------------------|

## Using Netflix on your Vizio TV or Blu-ray player

Welcome to Netflix on your Vizio TV, Blu-ray player or home theater system! Use this article to learn about Netflix features and how to set up and sign out of your account. If you're unsure if your device supports Netflix, follow the steps on the "Set up Netflix" tab to attempt to locate the Netflix app.

| Netflix Features | Set up Netflix | Sign out of Netflix | Netflix in Ultra HD |

Netflix is available on many Vizio devices.

Supported Regions:

Netflix is available on Vizio TVs and Blu-ray players in the US and Canada.

**Navigation**
On most devices, Netflix lets you browse through rows of TV shows and movies, including a row dedicated to your My List selections. Each row represents a category (Comedies, Dramas, TV shows, etc) that we present to you based on what you've watched.

Older devices may not have rows of movie categories, but do allow you to scroll through My List, which you can create using the Netflix website.

**Resolution**
Most devices are capable of streaming Netflix in high definition on fast internet connections and will play Netflix in their maximum supported resolution (see our Internet Connection Speed recommendations for more information).

**Subtitles & Alternate Audio**
Learn how to enable subtitles, closed captions, and alternate audio (including 5.1 surround sound), which are available on many movies and TV shows. To check if your device supports 5.1 audio, go to any Netflix Original to see if there is a 5.1 audio option. If not, your device does not support this feature. Many devices will let you customize the appearance of subtitles and captions. Some devices will display subtitles and captions in their default appearance or are not configured to display subtitles.

**Parental Controls**
Netflix allows you to set parental controls on individual profiles.

*See* Exhibit 25, p. 1, "Netflix on your VIZIO TV", available at https://help.netflix.com/en/node/23881,  (July 30, 2018).

371

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 372

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| | Netflix uses Microsoft PlayReady to enable instant streaming on a wide variety of consumer devices like Smart phone, Smart Televisions, computers and laptops. Microsoft PlayReady is a media file copy prevention technology that includes encryption, output prevention and digital rights management (DRM). |



*See* Exhibit 1, p. 1, "Netflix Taps Microsoft PlayReady as Its Primary DRM Technology for Netflix Ready Devices and Applications" (May 25, 2010), available at https://media.netflix.com/en/press-releases/netflix-taps-microsoft-playready-as-its-primary-drm-technology-for-netflix-ready-devices-and-applications-migration-1,  (July 30, 2018).

372

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 373

# PAGE FILED UNDER SEAL

373

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 374

PAGE FILED UNDER SEAL

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 375

PAGE FILED UNDER SEAL

375

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 376

| CLAIM 13 | VIZIO Smart Television |
|---|---|

Upon information and belief, Vizio Smart TVs come preinstalled with Netflix and other functionalities that use PlayReady and/or Widevine DRM technology. This is further evidenced by the fact that several of these Smart TVs come bundled with a Vizio remote that includes dedicated buttons for launching these functionalities.



*See* Exhibit 39, p. 3, https://support.vizio.com/s/article/XRT136-Remote-Information-EXT?language=en_US, (July 30, 2018)

376

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 377

PAGE FILED UNDER SEAL

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 378

PAGE FILED UNDER SEAL

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 379

| CLAIM 13 | VIZIO Smart Television |
|---|---|



*See* Exhibit 2, p. 1 - 2, "Netflix goes with Microsoft PlayReady DRM for upcoming streaming devices _ TechCrunch" (May 25, 2010), available at https://techcrunch.com/2010/05/25/netflix-goes-with-microsoft-playready-drm-for-upcoming-streaming-devices/,  (July 30, 2018).

379

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 380

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| | ## PlayReady Enables and Protects Content Anywhere

Watch and engage with more content, on any device. PlayReady supports all content types and various user scenarios for premium VoD and Live TV. The flexible business models enables versatile user scenarios including subscription services, advertising, rentals and single purchases.

Microsoft provides security solutions to high volume platforms and mobile devices such as Windows, iOS, Android and Linux; enables content consumption via browsers and apps; as well as a large range of consumer electronic devices with the PR porting kit; including implementation for Game Consoles, Blu-ray and DVD players, Smart TVs, STBs etc.

Our business models enable licensees to work together to leverage their specific skill and expertise to create unique, compelling and successful services. Microsoft provides server and client components that work together, enabling seamless consumption of protected content on various endpoints and devices.

https://www.microsoft.com/playready/overview/ (emphasis added), (July 30, 2018).

The Microsoft® Silverlight™ browser plug-in empowers designers and developers to rapidly create rich application experiences on the Web. Central to Silverlight is the ability to deliver high quality media. Microsoft Silverlight DRM, Powered by PlayReady®, is seamlessly integrated into the Silverlight plug-in to allow content providers to protect intellectual property. Content providers with an existing library of Windows Media® digital rights management (WMDRM) protected content can use the PlayReady Server SDK to deliver licenses for this content to Silverlight clients on Windows® based computers and on the Macintosh. This white paper discusses the advantages of developing a rich media client experience using Silverlight and connecting that experience to an existing WMDRM content library.

See Exhibit 20, p. 1, "Using Silverlight™ DRM, Powered by PlayReady®, with Windows Media® DRM Content" (November 2008), available at https://vdocuments.com.br/download/using-silverlight-with-windows-media-drm-whitepaper-final-55844943ae4f4 (emphasis added), (July 30, 2018). |

380

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 381

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| | A License server, Distribution server and a Domain Controller together can be considered as a Local Content Server (LCS). An LCS has a storage unit to store digital data and a plurality of rules to process a data set, a communications port to receive a data set, a processor to process digital data and a unique identification code to uniquely identify the LCS. The Distribution server receives the encrypted content from the Packaging server. The License server stores the plurality of rules to process a data set. The Domain Controller processes the License to allow transmission of data to the end user.<br><br><br><br>*See* Exhibit 13, p. 4, "Frequently Asked Questions (FAQ)", available at https://www.microsoft.com/playready/licensing/faq/, (July 30, 2018). |

381

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 382

| **CLAIM 13** | **VIZIO Smart Television** |
|---|---|
| |  |

*See* Exhibit 17, p. 3, "Digital Rights Management (DRM)", available at https://msdn.microsoft.com/en-us/library/cc838192(VS.95).aspx,  (July 30, 2018).

*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.*

382

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 383

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| storing, in said LCS storage unit, a plurality of rules for processing a data set; | VIZIO makes, uses, sells and/or offers for sale a device which provides storing, in said LCS storage unit, a plurality of rules for processing a data set;<br><br>For example, Local Content Server (LCS) stores a plurality of rules for processing a data set. The License server stores the plurality of rules to process a data set. The Domain Controller processes the License to allow transmission of data to the end user. |

383

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 384

| CLAIM 13 | VIZIO Smart Television |
|---|---|

**How does Microsoft PlayReady work?**

The Microsoft PlayReady ecosystem consists of PC Clients, Devices and Servers. PlayReady Devices and PC Clients that playback content can acquire protected content, interpret a license, and enforce the rules contained in that license.

PlayReady Servers include:

- Content Packaging Server: Takes unprotected content and packages it for distribution. When the content is packaged, the protected content is copied to a Distribution Server and the license information is transferred to a License Server.
- License Server: Stores the content protection information and rights for using the content. Before a client can play back protected content they must acquire a license, typically from a license server (or the license may already be embedded in the content file).
- Domain Controller: Implements the rules that define a domain such as the identity of a single user or family. The Domain Controller also enforces the policy defining how many devices or PCs may join the domain.
- Metering Servers: With metering, the device maintains a count of how many times a file is played. When the portable device connects to a computer or the Internet, the count is uploaded to the content provider. Metering does not alter or affect any behavior on the user's system and does not identify the user. Metering allows the content provider to accurately assess royalties. Because metering can be more cost-effective, service providers can provide much larger music catalogs for customers to download.

*See* Exhibit 13, p. 2 -3, "Frequently Asked Questions (FAQ)", available at https://www.microsoft.com/playready/licensing/faq/,  (July 30, 2018).

384

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 385

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| |  |



### The PlayReady Product Suite

To enable end-to-end content protection across the media ecosystem, the PlayReady product suite includes both client and server technologies. It also includes software development kits (SDKs) and a device porting kit for implementing those technologies on various platforms.

The following diagram identifies the primary components of the PlayReady product suite.

Figure 2 – The PlayReady Product Suite

*See* Exhibit 18, p. 3, "Developing Microsoft PlayReady Clients" (April 2015), available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf, (July 30, 2018).

385

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 386

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| | ## Licenses and Policies<br><br>A license contains two fundamental protection components, a *content key* and *policies*. A content key is a symmetric cryptographic key that is used to decrypt a media file. Policies are usage rules that specify how, when, and where a file's content can be consumed. When a license is built for a media file, the content key and appropriate policies are added to the license for the file. When a license is issued to a PlayReady client, the client uses the content key and policies to decrypt and play back the file according to the rules specified in the license.<br><br>In PlayReady, policies support several types of usage rules, most commonly: time-based restrictions, which specify a time frame that a license is valid for; output-protection levels, which indicate whether playback is restricted to specific types of output ports on devices; and, allowable-export restrictions, which specify restrictions for moving or exporting content to a different content protection scheme. Both output-protection and allowable-export policies are governed by the PlayReady compliance and robustness rules.<br><br>*See* Exhibit 18, p. 9, "Developing Microsoft PlayReady Clients" (April 2015), available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf,  (July 30, 2018).<br><br>• **Content Packaging Servers** that take in unprotected content and package it for distribution. When the content is packaged, you copy the protected content to a Distribution Server and transfer the license information to a License Server.<br><br>• **Distribution Servers** that store and distribute content. Distribution Servers are usually Web servers, but Microsoft PlayReady technology does not require a specialized Web server for content storage and distribution.<br><br>• **License Servers** that store the content protection information and rights for using the content. Before a client can play back protected content it must acquire a license, typically from a license server.<br><br>• **Domain Controllers** that determine what a user's domain represents, such as a single user, a family, or a group of users. Domain controllers store the list of entities that are associated with the domain and enforce the policy that defines how many devices or computers can join the domain.<br><br>*See* Exhibit 5, p. 11, "Content_Protection_in_Silverlight_v1_FINAL" (April 2010), available at https://download.microsoft.com/download/2/E/F/2EF96D4D-B5E7-489F-8D6C-C89ED5660658/Content_Protection_in_Silverlight_v1_FINAL.pdf,  (July 30, 2018). |

386

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 387

| CLAIM 13 | VIZIO Smart Television |
|----------|------------------------|

### PlayReady Servers

PlayReady Servers prepare content for distribution, store and distribute content, manage licenses and domains, and meter content usage. PlayReady servers can be on-premises or located in the cloud.

The packaging server takes in unprotected content and packages it for distribution via encryption. After the content is packaged, it is copied to a distribution server, and the license information is transferred to a license server.

The distribution server stores and distributes content. Distribution servers are usually web servers — PlayReady does not require a specialized server for content storage and distribution.

PlayReady provides support for the following server types:

| | |
|---|---|
| **License Server** | Stores the licenses for using the content. Before a client can play back protected content, it must acquire a license. |
| **Domain Controller** | Determines what a given domain represents (for example, a user, a family, or a group of users). For each domain, domain controllers hold a list of entities that are associated with that domain. The domain controller also enforces the policy defining how many devices or computers may join the domain. |
| **Metering Server** | Supports the metering feature described in *Key Features*. |

*See* Exhibit 8, p. 9, "Microsoft PlayReady Content Protection White Paper_March 2015" (April 2015), available at http://download.microsoft.com/download/8/3/C/83C936E9-0EF5-4528-885E-DCDD3172811A/MicrosoftPlayReadyContentProtectionWhitePaper_March2015.pdf , (July 30, 2018).

387

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 388

| CLAIM 13 | VIZIO Smart Television |
|----------|------------------------|
| | ## License Acquisition Models<br><br>PlayReady supports two license acquisition models, proactive and reactive. In the proactive model, a client acquires and stores a license locally before playback is initiated, and the acquired license typically persists in local storage. This model is typically used in purchase (download to own), rental, and subscription-based scenarios with/without time-based restriction policies.<br><br>In the reactive model, a client acquires a license on demand when playback is initiated. This model is typically used in streaming and progressive playback scenarios. The reactive model also supports use of *non-persistent licenses*, which is a license that is stored temporarily in a client's local memory, used only once, and expires automatically when playback ends. This type of license works well in scenarios that don't support or require offline playback.<br><br>PlayReady clients can use a mixture of proactive and reactive licenses. The PlayReady client SDKs and the PlayReady Device Porting Kit can be used to implement both acquisition models.<br><br>*See* Exhibit 18, p. 11, "Developing Microsoft PlayReady Clients March 2015" (April 2015), available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf , (July 30, 2018). |

388

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 389

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| | ## Server Technologies<br><br>PlayReady server technologies help prepare content for distribution, issue licenses to PlayReady clients, and optionally manage domains and meter content usage. To perform those tasks, PlayReady server technologies provide the following services:<br><br>• **License Service** – Stores licenses that specify protection information and rights for using content, and receives and responds to authentication and license requests from PlayReady clients. License services handle tasks such as managing usage rules and policies that are applied to licenses, implementing business logic for authorization and control of usage rights, and building and issuing licenses to PlayReady clients.<br><br>• **Domain Controller** – Determines what a given *domain* represents. A domain is a virtual entity that represents a group of users or devices that can share licenses for media content — for example, a game console, tablet, and phone within the same household. The domain controller can store a list of entities that are associated with a domain, handle requests to join or leave a domain, and enforce policies that define how many devices or users can be part of a domain.<br><br>*See* Exhibit 18, p. 6, "Developing Microsoft PlayReady Clients" (April 2015), available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf,  (July 30, 2018).<br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

389

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 390

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| receiving, via said LCS communications port, a first data set that includes data defining first content; | VIZIO makes, uses, sells and/or offers for sale a device which provides a method for receiving, via said LCS communications port, a first data set that includes data defining first content;<br><br>For example, the content data set, i.e. movie or other content is received into a Local Content Server (LCS) through a communications port. Distribution Server receives the encrypted content from the Packaging server. The encrypted content includes Key Identifier and/or PlayReady policies such as rights and restrictions policies ("first content") under which the content is played on the user's device ("VIZIO Smart TV"). |

390

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 391

| CLAIM 13 | VIZIO Smart Television |
|----------|------------------------|
| | The content data set, i.e. movie or other content is received into a Local Content Server (LCS) through a communications port. Distribution server receives the encrypted content from the Packaging server. |

**PlayReady Servers**

PlayReady Servers prepare content for distribution, store and distribute content, manage licenses and domains, and meter content usage. PlayReady servers can be on-premises or located in the cloud.

The packaging server takes in unprotected content and packages it for distribution via encryption. After the content is packaged, it is copied to a distribution server, and the license information is transferred to a license server.

The distribution server stores and distributes content. Distribution servers are usually web servers — PlayReady does not require a specialized server for content storage and distribution.

*See* Exhibit 8, p. 9, "Microsoft PlayReady Content Protection White Paper_March 2015" (April 2015), available at http://download.microsoft.com/download/8/3/C/83C936E9-0EF5-4528-885E-DCDD3172811A/MicrosoftPlayReadyContentProtectionWhitePaper_March2015.pdf (emphasis added), (July 30, 2018).

391

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 392

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| |  |

*See* Exhibit 13, p. 4, "Frequently Asked Questions (FAQ)", available at https://www.microsoft.com/playready/licensing/faq/,  (July 30, 2018).

392

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 393

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| |  |

Figure 1 - Content Consumption Model

*See* Exhibit 8, p. 4, "Microsoft PlayReady Content Protection White Paper_March 2015" (April 2015), available at http://download.microsoft.com/download/8/3/C/83C936E9-0EF5-4528-885E-DCDD3172811A/MicrosoftPlayReadyContentProtectionWhitePaper_March2015.pdf , (July 30, 2018).

*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.*

393

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 394

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| said LCS determining whether said first content belongs to a different LCS domain than said first LCS domain; | VIZIO makes, uses, sells and/or offers for sale a device which provides a method for said LCS determining whether said first content belongs to a different LCS domain than said first LCS domain;<br><br>For example, the LCS receives a Key Identifiers (KID) and a PlayReady policies (rights and restrictions) depending on the subscription of the user (a single user, family and/or multiple users).<br><br>Further, the LCS checks whether the video content is to be delivered to the single user ("first LCS domain"), family and/or multiple users ("different LCS domain") using Key Identifiers (KID) and PlayReady policies (rights and restrictions). |

394

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 395

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| | The LCS determines whether the first content belongs to a different LCS domain. |

| Enhanced License Model | Description |
|---|---|
| **Embedded license** | A license that is acquired and subsequently stored in the PlayReady header of a media file. Because the license is stored or "embedded" in the media file, instead of being issued and stored separately, it's immediately available. This can facilitate user scenarios such as moving content from one device to another, backing up content, and playing back content with a device that is offline. In addition, an embedded license can be bound to a domain certificate, which allows the media file to be played by other devices that are members of the same PlayReady domain. |

*See* Exhibit 18, p. 11, "Developing Microsoft PlayReady Clients" (April 2015), available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf,  (July 30, 2018).

395

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 396

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| | As illustrated in Fig. 7.2, PlayReady uses several components:<br><br>• The content packaging server that prepares the content to be protected and also the domain certificates.<br>• The distribution server that holds the protected content and delivers it to the client. It can be a normal Web server.<br>• The license server that generates the licenses. A license can be bound to a device or to a domain.<br>• The domain controller that manages the registration and credentials of devices belonging to a domain.<br>• The metering server that collects anonymous usage information for accurately sharing the revenues.<br>• The client that renders the protected content if authorized.<br><br>We will highlight the main differences with Windows Media DRM. The first evolution is the support of domain. A domain encompasses the set of devices belonging to a customer, a family, or a group of users. Content can be bound to a domain. For a client to access domain-bound content, it has first to join the domain. This is the role of the domain controller, which checks that there are not already too many devices in the domain. Once successfully registered, the client receives the credentials of the specific domain that permit decrypting licenses bound to it. Of course, it is possible for a client to leave a domain. The distributor defines the policy and size of the domain, following commercial agreements with content owners. A client may belong to many domains, depending on the policies of distributors. Distributors can define new domain-based business models, such as home rental or subscription encompassing any device of the household (as long as they are registered in the same domain with the domain controller).<br><br>The licenses have evolved so that a PlayReady license can be bound to a domain. Then, every client belonging to the domain can access associated content. The license is encrypted using a key known to all the members of the domain. The domain controller delivers this key during the registration phase. Furthermore, the license can be embedded in the protected content itself. This simplifies the distribution. If the license server knows all the information related to the target client(s) before distribution, it can provide the license to be embedded.<br><br>*See* Exhibit 22, p. 126 – 127, "Securing digital video" (2012), available at https://goo.gl/oQhPHn, (July 30, 2018). |

396

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 397

| CLAIM 13 | VIZIO Smart Television |
|---|---|

| Domains | From a consumer's standpoint it is very attractive to easily transfer content to all supported devices that they own, and be able to play back the content on all those devices. Domains support in Microsoft PlayReady enables this capability, benefitting service operators by enabling the delivery of an enhanced user experience. Customers can enjoy content from the operator's service on all the devices joined to the domain.<br><br>The domain registration phase allows the service provider to verify that the number of devices already registered with the domain hasn't exceeded the service's defined number, and that the device is an authentic PlayReady device, so the service can issue a domain certificate.<br><br>All devices that support Microsoft PlayReady technology—from a PC to a mobile device—can be part of a domain. Registering and unregistering phases can be performed using any type of connectivity. It is not even required for a device to be connected to be unregistered; the service may be built so that this can be performed if desired from any Internet connected device already on the domain.<br><br>The functionality provided by the Microsoft PlayReady Domain feature is very intuitive from an end user experience: the service provider allows the user to designate a group of devices as a "domain." Any device on the domain can consume Microsoft PlayReady-protected content that is acquired by any other device in the domain, if they have a domain-bound license for the content. The user may easily add or remove devices from the domain, as long as the total number of devices (and PCs) in the domain does not exceed the limit defined by the service. |

*See* Exhibit 16, p. 4, "Microsoft PlayReady Content Access Technology" (July 2008), available at http://www.pdgseo.com/wp-content/uploads/2016/03/Microsoft-PlayReady-Content-Access-Technology.pdf,   (July 30, 2018).

397

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 398

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| | Finally, Silverlight 4 introduces the concept of domains, which enables content or service providers to provide consumers with the ability to view restricted content on multiple computers while maintaining control over their assets. For example, an online movie rental provider wants to enable consumers to view content on up to three devices of the consumers' choice. After consumers reach that limit, they can remove one or more devices from their PlayReady domain in order to add a new one. |

The following diagram illustrates this scenario.



**Figure 3.** How Silverlight 4 works with PlayReady domains

*See* Exhibit 5, p. 9, "Content_Protection_in_Silverlight_v1_FINAL" (April 2010), available at https://download.microsoft.com/download/2/E/F/2EF96D4D-B5E7-489F-8D6C-C89ED5660658/Content_Protection_in_Silverlight_v1_FINAL.pdf, (July 30, 2018).

*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.*

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 399

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| said LCS excluding from said first LCS domain said first content when said LCS determines that said first content belongs to said different LCS domain; | VIZIO makes, uses, sells and/or offers for sale a device which provides a method in which said LCS excluding from said first LCS domain said first content when said LCS determines that said first content belongs to said different LCS domain;<br><br>For example, the LCS excludes a Key Identifiers (KID) and a PlayReady policies (such as content delivery, rights and restrictions) associated with the family and/or multiple users, if the user is not subscribed for the family and/or multiple users ("different LCS domain") subscription. |

399

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 400

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| | The LCS excludes the first content from the first LCS if it determines that the first content belongs to a different LCS domain.<br><br>Netflix concerns, from a security point of view, are:<br><br>• That only users with the correct (*unlimited*) plan can access content<br>• That users don't share their account information with others<br>• That the video is only accessible from within the US, due to licensing restrictions<br>• That the video content cannot be redistributed and played at a later time<br><br>Those restrictions are enforced by a set of coordinated mechanisms:<br><br>• By requesting user authentication before playing the video,<br>• By allowing a maximum of six playback devices (browsers, Roku, etc.) per account,<br>• By rejecting requests that come from IP addresses outside of the US range,<br>• By encrypting the video content, and<br>• By providing unique decryption keys per movie and device<br><br>*See* Exhibit 6, p. 4, "Microsoft Word - Pomelo Tech Report – Netflix" (March - April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf (emphasis added), (July 30, 2018). |

400

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 401

| CLAIM 13 | VIZIO Smart Television |
|----------|------------------------|
| |  *See* Exhibit 8, p. 4, "Microsoft Word - Pomelo Tech Report – Netflix" (March - April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf, (July 30, 2018). |

401

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 402

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| |  |

**User Authentication**

**User Authentication** involves making sure that the viewer is indeed a Netflix subscriber and has the right playback privileges. It is mostly dealt with at the browser level, via cookies. The usual mechanisms apply here: users login to their accounts and server sets the cookies that it needs (`netflixShopperID` and `netflixShopperSecret`). At this point Netflix also verifies that the user is visiting from within the United States, by checking the IP address of the request (in fact, Netflix won't display the Play Movie page if the request is not coming from the allowed geographical area).

The process at this stage is the following:

1. Browser requests a movie page
   `GET http://www.netflix.com/WiPlayer?movieid=xxx`
   The server redirects to the login page if the necessary cookies are not present in the request, and also checks at this point that the request is coming from a valid geographical area. If everything is OK, it renders the Movie page.

2. Javascript on the browser checks that Silverlight plug-in is installed. If not, it shows and error message and prompts user to download and install it. Let's assume it is installed.

3. Browser downloads the Silverlight player from
   `GET http://www.netflix.com/pages/watchNow/ \
        player/silverlight/SLPlayer.xap`

4. Silverlight player notifies that it's ready to play, by sending a message to
   `POST http://www.netflix.com/SilverlightEvent`

*See* Exhibit 8, p. 7 - 8, "Microsoft Word - Pomelo Tech Report – Netflix" (March - April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf,  (July 30, 2018).

*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.*

402

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 403

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| said LCS domain processor determining, from said first data set, a first data set status value of said first data set to be at least one of unsecure, secure, and legacy; | VIZIO makes, uses, sells and/or offers for sale a device which provides a method in which said LCS domain processor determining, from said first data set, a first data set status value of said first data set to be at least one of unsecure, secure, and legacy;<br><br>For example, the LCS comprises a domain processor which determines quality of a video content (HD/SD) and other media services (such as video on demand, Live TV and/or TV series) to be delivered to the subscribed user as per the subscription using license and/or PlayReady policies (such as rights and restrictions).<br><br>The Microsoft PlayReady server's Domain Controller determines the domain of the user (such as a single user, a family or a group of users). The Domain Controller stores the list of entities that are associated with the domain and sends the license policy to a License Server. |

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 404

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| | The data set is inspected to determine if there is a watermark embedded in the data set.  The header is part of the media and includes the watermark. The watermark is decrypted to get the data set status value; secure, unsecure or legacy. |

### The PlayReady Header Object

The PlayReady header object is a placeholder to store PlayReady rights management header that enables PlayReady clients to acquire a license for and decrypt the content in a media file. It can also store an embedded license directly in a media file. The header is added to and subsequently stored in a media file or, for streaming content, a media manifest file when the file is packaged for distribution.

Each PlayReady rights management header contains a standard set of metadata about a license. This includes a *key ID* that identifies the content key, the type of encryption used to encrypt the file, the URL for the applicable license acquisition service (*LAURL*), and any custom attributes that a content provider chooses to define. PlayReady rights management headers are encoded using UTF-16.

In a basic workflow, a PlayReady client finds and extracts the PlayReady rights management header from a media or media manifest file when it begins parsing the file. The client then processes the header data to acquire a license for and ultimately decrypt the content with the content key in the acquired license. In most cases, this includes sending the header to the appropriate license service, which in turn processes the header data, verifies that the license request is from a valid client (*client authentication*), and then issues a license to the client.

*See* Exhibit 18, p. 9, "Developing Microsoft PlayReady Clients" (April 2015), available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf, (July 30, 2018).

404

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 405

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| | |

| Enhanced License Model | Description |
|---|---|
| Embedded license | A license that is acquired and subsequently stored in the PlayReady header of a media file. Because the license is stored or "embedded" in the media file, instead of being issued and stored separately, it's immediately available. This can facilitate user scenarios such as moving content from one device to another, backing up content, and playing back content with a device that is offline. In addition, an embedded license can be bound to a domain certificate, which allows the media file to be played by other devices that are members of the same PlayReady domain. |

*See* Exhibit 18, p. 11, "Developing Microsoft PlayReady Clients" (April 2015), available at http://download.microsoft.com/download/B/D/4/BD42A75B-5B3E-49C0-B70D-DD49FA9592F9/DevelopingMicrosoftPlayReadyClients_March2015.pdf, (July 30, 2018).

405

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 406

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| | 

*See* Exhibit 22, p. 127, "Securing digital video" (2012), available at https://goo.gl/oQhPHn, (July 30, 2018). |

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 407

| CLAIM 13 | VIZIO Smart Television |
|---|---|
|  | As illustrated in Fig. 7.2, PlayReady uses several components:<br><br>• The content packaging server that prepares the content to be protected and also the domain certificates.<br>• The distribution server that holds the protected content and delivers it to the client. It can be a normal Web server.<br>• The license server that generates the licenses. A license can be bound to a device or to a domain.<br>• The domain controller that manages the registration and credentials of devices belonging to a domain.<br>• The metering server that collects anonymous usage information for accurately sharing the revenues.<br>• The client that renders the protected content if authorized.<br><br>We will highlight the main differences with Windows Media DRM. The first evolution is the support of domain. A domain encompasses the set of devices belonging to a customer, a family, or a group of users. Content can be bound to a domain. For a client to access domain-bound content, it has first to join the domain. This is the role of the domain controller, which checks that there are not already too many devices in the domain. Once successfully registered, the client receives the credentials of the specific domain that permit decrypting licenses bound to it. Of course, it is possible for a client to leave a domain. The distributor defines the policy and size of the domain, following commercial agreements with content owners. A client may belong to many domains, depending on the policies of distributors. Distributors can define new domain-based business models, such as home rental or subscription encompassing any device of the household (as long as they are registered in the same domain with the domain controller).<br><br>The licenses have evolved so that a PlayReady license can be bound to a domain. Then, every client belonging to the domain can access associated content. The license is encrypted using a key known to all the members of the domain. The domain controller delivers this key during the registration phase. Furthermore, the license can be embedded in the protected content itself. This simplifies the distribution. If the license server knows all the information related to the target client(s) before distribution, it can provide the license to be embedded.<br><br>*See* Exhibit 22, p. 126 – 127, "Securing digital video" (2012), available at https://goo.gl/oQhPHn, (July 30, 2018). |

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| | 1. **Silverlight requests to join a PlayReady domain**. This can happen transparently to the user, either after the consumer opts into the streaming service or when the consumer requests content for the first time. <br><br> 2. **PlayReady issues a domain certificate.** The PlayReady Domain Controller issues a Domain Certificate, which is bound to the device that requested the certificate. <br><br> 3. **Silverlight requests a PlayReady license**. The Silverlight application requests a PlayReady license from the PlayReady License Server. <br><br> 4. **PlayReady License Server issues a license to the client's domain.** The License Servers issues a PlayReady license that it binds to the requesting device's domain rather than the device itself. This enables the PlayReady content to be decrypted by any device that has both a valid Domain Certificate and a PlayReady license. The Domain Controller tracks the number of devices. <br><br> *See* Exhibit 5, p. 9-10, "Content_Protection_in_Silverlight_v1_FINAL" (April 2010), available at https://download.microsoft.com/download/2/E/F/2EF96D4D-B5E7-489F-8D6C-C89ED5660658/Content_Protection_in_Silverlight_v1_FINAL.pdf, (July 30, 2018). <br><br>  <br><br> *See* Exhibit 11, p. 1 – 2, "Announcing public availability of Azure Media Services Content Protection Services _ Blog _ Microsoft Azure" (September 10, 2014), available at https://azure.microsoft.com/en-us/blog/announcing-public-availability-of-azure-media-services-content-protection-services/, (July 30, 2018). |

408

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 409

| CLAIM 13 | VIZIO Smart Television |
|---|---|

Firstly of all, similar to dynamic packaging, you bring in multi-bitrate Mp4 or Smooth Streaming video file. If you want for Media Services to encrypt an asset, you need to associate an encryption key with an asset and also configure authorization policies for the key. After that, Media Services origin server will dynamically encrypt HLS or Smooth Streaming stream with AES encryption algorithm. When a stream is requested by a "player", Media Services uses the specified key to dynamically encrypt your content using AES encryption. To decrypt the stream, the "player" will request the key from the key delivery service. To decide whether or not the user is authorized to get the key, the service evaluates the authorization policies that you specified for the key. We provides three options: Token-based authentication, IP-based authentication and open. If you choose Token-based authentication, usually you will integrate the token issue progress into your own authentication system. Therefore, only authorized player could obtain a valid token from your Authentication system, and our key service will validate the token and issue AES key for the player to decrypt the stream.

*See* Exhibit 7, p. 2, "Announcing PlayReady as a service and AES dynamic encryption with Azure Media Services - Mingfei Yan" (2014), available at http://mingfeiy.com/playready (emphasis added), (July 30, 2018)



*See* Exhibit 8, p. 4 , "Microsoft PlayReady Content Protection White Paper" (April 2015), available at http://download.microsoft.com/download/8/3/C/83C936E9-0EF5-4528-885E-DCDD3172811A/MicrosoftPlayReadyContentProtectionWhitePaper_March2015.pdf, (July 30, 2018).

409

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 410

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| | Figure 1 offers a typical example of how PlayReady secures and manages content consumption:<br><br>1. Before content can be distributed for playback, it must first go through an encryption step to protect the content.<br>2. An encoder encrypts the content using an encryption key that is also made available to the license server.<br>3. After the content is encrypted, it is staged for delivery to playback clients (typically via a content distribution network).<br>4. PlayReady clients discover content within the application developed for the service.<br>5. To decrypt content, a PlayReady client sends a license request to a PlayReady license server.<br>6. The PlayReady license server authenticates the client and issues a license back to the client.<br>7. As the client uses the license key to unencrypt the content, it plays back the content according to the policies specified in the license. Some of the common policies utilized are time based restrictions and output protections (for example, restricting playback to a secure HDMI port to safeguard against copying).<br><br>*See* Exhibit 8, p. 4 , "Microsoft PlayReady Content Protection White Paper" (April 2015), available at http://download.microsoft.com/download/8/3/C/83C936E9-0EF5-4528-885E-DCDD3172811A/MicrosoftPlayReadyContentProtectionWhitePaper_March2015.pdf,  (July 30, 2018).<br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

410

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 411

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| said LCS determining, using said first data set status value, which of a set of rules to apply to process said first data set; and | VIZIO makes, uses, sells and/or offers for sale a device which provides a method in which said LCS determining, using said first data set status value, which of a set of rules to apply to process said first data set; and<br><br>For example, the LCS determines at least authorization of the user, security and/or quality of a video content (HD/SD) using PlayReady header included in the video content. Upon subscription information of the user and Key Identifiers and/or licenses received from the PlayReady Server, the LCS decides the type of video content to be delivered on the Smart TVs.<br><br>Further, the PlayReady header includes a Key Identifier which is associated with a cryptographic key as well as PlayReady policies (content delivery, rights and restrictions) under which the content may be played on the Smart TVs. The content delivery policy defines the type of protocol and encryption (such as MPEG DASH with AES, HLS with AES and/or smooth streaming with AES) to be applied on the content. The content delivery policy tells the streaming server how the video content is to be delivered at user end (such as if the user is requesting the video content from Apple device, streaming server uses HLS with AES encryption). |

411

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 412

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| | Using the watermark, the domain controller decides which set of rules from the License server should be applied to the data set. |

| Domains | From a consumer's standpoint it is very attractive to easily transfer content to all supported devices that they own, and be able to play back the content on all those devices. Domains support in Microsoft PlayReady enables this capability, benefitting service operators by enabling the delivery of an enhanced user experience. Customers can enjoy content from the operator's service on all the devices joined to the domain. |
|---|---|
| | The domain registration phase allows the service provider to verify that the number of devices already registered with the domain hasn't exceeded the service's defined number, and that the device is an authentic PlayReady device, so the service can issue a domain certificate. |
| | All devices that support Microsoft PlayReady technology—from a PC to a mobile device—can be part of a domain. Registering and unregistering phases can be performed using any type of connectivity. It is not even required for a device to be connected to be unregistered; the service may be built so that this can be performed if desired from any Internet connected device already on the domain. |
| | The functionality provided by the Microsoft PlayReady Domain feature is very intuitive from an end user experience: the service provider allows the user to designate a group of devices as a "domain." Any device on the domain can consume Microsoft PlayReady-protected content that is acquired by any other device in the domain, if they have a domain-bound license for the content. The user may easily add or remove devices from the domain, as long as the total number of devices (and PCs) in the domain does not exceed the limit defined by the service. |

*See* Exhibit 16, p. 4, "Microsoft PlayReady Content Access Technology" (July 2008), available at http://www.pdgseo.com/wp-content/uploads/2016/03/Microsoft-PlayReady-Content-Access-Technology.pdf,  (July 30,2018).

412

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 413

| CLAIM 13 | VIZIO Smart Television |
|---|---|

Finally, Silverlight 4 introduces the concept of domains, which enables content or service providers to provide consumers with the ability to view restricted content on multiple computers while maintaining control over their assets. For example, an online movie rental provider wants to enable consumers to view content on up to three devices of the consumers' choice. After consumers reach that limit, they can remove one or more devices from their PlayReady domain in order to add a new one.

The following diagram illustrates this scenario.



**Figure 3.** How Silverlight 4 works with PlayReady domains

*See* Exhibit 5, p. 9, "Content_Protection_in_Silverlight_v1_FINAL" (April 2010), available at https://download.microsoft.com/download/2/E/F/2EF96D4D-B5E7-489F-8D6C-C89ED5660658/Content_Protection_in_Silverlight_v1_FINAL.pdf,  (July 30, 2018).

413

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 414

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| | Netflix concerns, from a security point of view, are:<br><br>• That only users with the correct (*unlimited*) plan can access content<br>• That users don't share their account information with others<br>• That the video is only accessible from within the US, due to licensing restrictions<br>• That the video content cannot be redistributed and played at a later time<br><br>Those restrictions are enforced by a set of coordinated mechanisms:<br><br>• By requesting user authentication before playing the video,<br>• By allowing a maximum of six playback devices (browsers, Roku, etc.) per account,<br>• By rejecting requests that come from IP addresses outside of the US range,<br>• By encrypting the video content, and<br>• By providing unique decryption keys per movie and device<br><br>*See* Exhibit 6, p. 4, "Microsoft Word - Pomelo Tech Report – Netflix" (March - April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf (emphasis added), (July 30, 2018). |

414

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 415

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| |  |

*See* Exhibit 8, p. 4, "Microsoft Word - Pomelo Tech Report – Netflix" (March - April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf, (July 30, 2018).

*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.*

415

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 416

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| said LCS determining, at least in part from rights associated with an identification associated with a prompt received by said LCS for said first content, a quality level at which to transmit said first content, wherein said quality level is one of at least unsecure, secure, and legacy; said LCS transmitting said first content at the determined quality level. | VIZIO makes, uses, sells and/or offers for sale a device which provides a method in which said LCS determining, at least in part from rights associated with an identification associated with a prompt received by said LCS for said first content, a quality level at which to transmit said first content, wherein said quality level is one of at least unsecure, secure, and legacy; said LCS transmitting said first content at the determined quality level.<br><br>For example, LCS verifies the user and sends a prompt on the user's device (Smart TVs) to fill the username and password for the purchased streaming service (such as Netflix). If the user is not subscribed for the HD content, a prompt is sent on the TV (such as user is not subscribed for this service) and SD ("legacy") content is delivered on the Smart TVs. |

416

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 417

| CLAIM 13 | VIZIO Smart Television |
|---|---|
| | The quality level at which the first content is to be transmitted is determined by the rights associated with the user identification. The quality level is set to legacy content if the LCS determines that a watermark is not present. |



See Exhibit 8, p. 7-8, "Microsoft Word - Pomelo Tech Report – Netflix" (March - April 2009), available at www.videotechnology.com/netflix/pomelo-tech-report-netflix.pdf,  (July 30, 2018).

417

Exhibit 9 to Hwang Declaration (Part 2 of 3), Page 418