JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

BLUE SPIKE, LLC; BLUE SPIKE INTERNATIONAL LTD.; and WISTARIA TRADING LTD.

Plaintiffs,

v.

VIZIO, Inc.,

Defendant.

Case No. 8:17-cv-1172-DOC-KES

**ORDER OF DISMISSAL WITH PREJUDICE**

District Judge: David O. Carter

Pre-Trial Conf. Date: October 12, 2020
Trial Date: October 20, 2020

Having reviewed and approved the parties' Stipulation of Dismissal, and finding good cause,

IT IS HEREBY ORDERED that the Stipulation is **APPROVED**. All parties shall comply with the terms of the parties' settlement agreement, the terms of which are incorporated into this Order. Pursuant to the parties' settlement agreement, the Stipulation of Dismissal, and pursuant to the Court's own inherent powers, Fed. R. Civ. P. 41(a)(1)(A), the Court hereby retains jurisdiction to enforce the parties' settlement agreement. Any breach of the settlement agreement would be a violation of this Court's orders, and the Court will continue to exercise and has ancillary

67485741v1

Case No. 8:17-cv-1172-DOC-KES

[ORDER OF DISMISSAL WITH PREJUDICE

jurisdiction to enforce the said settlement agreement until all payments have been made pursuant to the terms of the settlement agreement.

Having now reserved and retained jurisdiction over the settlement agreement and its enforcement as set forth above, the Court subsequently grants the Stipulation of Dismissal with Prejudice of the operative complaint. This Action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorneys' fees and costs, except as may otherwise be provided in the settlement agreement between the parties. All pending motions are denied as moot.

**IT IS SO ORDERED.**

DATED: April 7, 2020

_____
The Honorable David O. Carter
United States District Court Judge